UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY MORRIS,

    Plaintiff,

    v.

STATE BAR OF CALIFORNIA AT SAN FRANCISCO; SAFECO INSURANCE COMPANY, et al.,

    Defendants.
_____/

No. C 07-2890 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Pursuant to Local Rules 72-1 and 73-1, this matter is referred to Magistrate Judge Chen for resolution of plaintiff's application to proceed in forma pauperis, and for all other purposes, in view of the recent October 2, 2007 filing of plaintiff's Consent to Proceed Before a United States Magistrate Judge. In the event that plaintiff's in forma pauperis application is granted, and defendant(s) subsequently request(s) reassignment to a district judge, the case may be reassigned to the undersigned judge.

**IT IS SO ORDERED**.

Dated: October 3, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J, counsel of record