**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**October 4, 2007**

**CASE NUMBER:  CV 07-02890 PJH**
**CASE TITLE:  GREGORY MORRIS-v-STATE BAR OF CA**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable EDWARD M. CHEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EMC** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/4/07

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk   *Richard W. Wieking*

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 10/4/07AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA