1   JAMES C. SANCHEZ, City Attorney
    CITY OF FRESNO
2   By: Gregory L. Myers, Senior Deputy (#09743)
3   2600 Fresno Street
    Fresno, California 93721-3602
4   Telephone: (559) 621-7500
    Facsimile: (559) 488-1084
5
6   Attorneys for Defendants CITY OF FRESNO, FRESNO FIRE DEPARTMENT, AND DONALD
    MACALPINE
7

8                    IN THE DISTRICT COURT OF THE UNITED STATES
9                        NORTHERN DISTRICT OF CALIFORNIA
                              SAN FRANCISCO DISTRICT
10
11  GREGORY MORRIS,                        )   Case No.: CV-07-02890  EMC
                                           )
12            Plaintiff,                    )
                                           )
13       vs.                                )
                                           )
14  STATE BAR OF CALIFORNIA AT SAN         )
15  FRANCISCO; SAFECO INSURANCE            )   **DEFENDANTS CITY OF FRESNO,**
    COMPANY; SAFECO INSURANCE              )   **FRESNO FIRE DEPARTMENT AND DON**
16  COMPANY AMERICA; SAFECO                )   **MACALPINE'S ANSWER TO**
    INSURANCE COMPANY OF ILLINOIS;         )   **COMPLAINT**
17  STATE BAR OF CALIFORNIA LAWYERS        )
18  ASSISTANCE PROGRAM; BOARD OF           )   **DEMAND FOR JURY TRIAL**
    GOVERNORS; CITY OF FRESNO; FRESNO      )
19  FIRE DEPARTMENT; DON MACALPINE;        )
20  ROBERT DRISCAL; CRAWFORD AND           )
    COMPANY; OPTION ONE MORTGAGE           )
21  COMPANY; LONG BEACH MORTGAGE           )
    COMPANY; PREMIER TRUST DEED            )
22  SERVICES COMPANY; FRESNO COUNTY        )
23  DISTRICT ATTORNEY'S OFFICE;            )
    ELIZABETH EGAN; SAN FRANCISCO          )
24  SAFECO LEGAL SERVICES COMPANY,         )
    and DOES 1 through 275, INCLUSIVE,     )
25                                         )
26            Defendants.                   )
                                           )
27

28

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
1

1    COMES NOW defendants CITY OF FRESNO, FRESNO FIRE DEPARTMENT

2  (hereinafter referred to as the "City"), and DONALD MACALPINE and answer the unverified

3  Complaint for Damages filed by Plaintiff GREGORY MORRIS (hereinafter referred to as

4  "Plaintiff") as follows:

5                              **JURISDICTION AND VENUE**

6    Defendants the CITY, a municipal corporation, is located within the County of Fresno,

7  State of California.

8    This action is a civil action over which the United States District Court for the Northern

9  District of California has original jurisdiction under 42 U.S.C. §1983 and is one which may be

10 removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it

11 arises under the Fourth, Fifth and Fourteenth Amendments of the United States Constitution.

12 Pursuant to the provisions of 28 U.S.C. § 1367(a), this Court has jurisdiction over the remaining

13 causes of action alleged in the Complaint under the doctrine of supplemental jurisdiction.

14                              **DEMAND FOR JURY TRIAL**

15   Defendants the CITY hereby demand a jury trial in this matter.

16                              **ANSWER TO COMPLAINT**

17   Paragraph 1:    It appears that this paragraph is a declaration that the complaint in

18 question seeks relief for various violations of Federal Statute and the United States Constitution

19 and based upon a reading of the complaint this paragraph is denied in that the complaint also

20 contains variously described causes of action for violation of state law; further, in so far as the

21 allegations are that this case is properly venued because "substantial events or

22 omissions...occurred in San Francsico, those allegations are generally and specifically denied.

23   Paragraph 3:    These answering defendants deny the allegations contained in this

24 paragraph.

25   Paragraph 4:    These answering defendants deny the allegations contained in this

26 paragraph.

27   Paragraph 5:    To the extent that this paragraph alleges that criminal charges which were

28 filed against him were dismissed, the paragraph is admitted; however, to the extent that the

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
2

1  paragraph alleges that the applicable statutes of limitations were tolled or that the plaintiff was
2  disabled, those allegations are generally and specifically denied. To the extent that the
3  allegations pertain to the State Bar of California, these defendants have insufficient information
4  upon which to admit or deny those allegations and therefore deny them.

5    Paragraph 2:  These answering defendants admit that jurisdiction is proper under 28
6  U.S.C. §1343, but deny that it is proper under 28 U.S.C. §1344, and otherwise admit the
7  allegations in this paragraph.

8    Paragraph 3:  "The State Bar…" to the extent that allegations are brought against the
9  State Bar of California, these answering defendants have insufficient information upon which to
10  admit or deny the allegations and, therefore, deny the allegations.

11    Paragraph 4:  These answering defendants admit the allegations contained in this
12  paragraph.

13    Paragraph 5:  These answering defendants admit the allegations contained in this
14  paragraph.

15    Paragraph 6:  These answering defendants have no information or belief sufficient to
16  answer these allegations and therefore deny generally and specifically.

17    Paragraph 7:  These answering defendants have no information or belief sufficient to
18  answer these allegations and therefore deny generally and specifically.

19    Paragraph 8:  These answering defendants have no information or belief sufficient to
20  answer these allegations and therefore deny generally and specifically.

21    Paragraph 9:  These answering defendants have no information or belief sufficient to
22  answer these allegations and therefore deny generally and specifically.

23    Paragraph 10: These answering defendants have no information or belief sufficient to
24  answer these allegations and therefore deny generally and specifically.

25    Paragraph 11: These answering defendants have no information or belief sufficient to
26  answer these allegations and therefore deny generally and specifically.

27    Paragraph 12: These answering defendants have no information or belief sufficient to
28  answer these allegations and therefore deny generally and specifically.

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
3

1         Paragraph 13: These answering defendants have no information or belief sufficient to

2 answer these allegations and therefore deny generally and specifically.

3         Paragraph 6:  "It is expected…" although the allegations in this paragraph are vague, to

4 the extent that it assumes that the plaintiff suffered any injury, those allegations are generally and

5 specifically denied.

6         Paragraph 7:  These answering defendants have no information or belief sufficient to

7 answer these allegations and therefore deny generally and specifically.

8         Paragraph 8:  These answering defendants deny the allegations contained in this

9 paragraph.

10         Paragraph 9:  These answering defendants have no information or belief sufficient to

11 answer these allegations and therefore deny generally and specifically.

12         Paragraph 10: These answering defendants have no information or belief sufficient to

13 answer these allegations and therefore deny generally and specifically.

14         Paragraph 11: These answering defendants have no information or belief sufficient to

15 answer these allegations and therefore deny generally and specifically.

16         Paragraph 12: "Defendant, State Bar of California…" these answering defendants have

17 no information or belief sufficient to answer these allegations and therefore deny generally and

18 specifically.

19         Paragraph 13: "The Bar, Bob Driscal…" these answering defendants have no

20 information or belief sufficient to answer these allegations and therefore deny generally and

21 specifically.

22         Paragraph 14: These answering defendants deny the allegations contained in this

23 paragraph.

24         Paragraph 15: These answering defendants have no information or belief sufficient to

25 answer these allegations and therefore deny generally and specifically.

26         Paragraph 16: These answering defendants have no information or belief sufficient to

27 answer these allegations and therefore deny generally and specifically.

28

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
4

1       Paragraph 17: These answering defendants have no information or belief sufficient to
2   answer these allegations and therefore deny generally and specifically.

3       Paragraph 18: These answering defendants have no information or belief sufficient to
4   answer these allegations and therefore deny generally and specifically.

5       Paragraph 19: These answering defendants deny the allegations contained in this
6   paragraph.

7       Paragraph 20: These defendants admit that the fire in question was investigated by the
8   "Fire defendants" but these answering defendants have no information or belief sufficient to
9   answer these allegations as they apply to the others who are identified in the paragraph and
10  therefore deny generally and specifically.

11      Paragraph 21: Admitted as to Don MacAlpine is an individual and an employee of he
12  Fresno Fire Department but the remainder of the allegations are denied.

13      Paragraph 22: These answering defendants deny the allegations contained in this
14  paragraph.

15      Paragraph 23: These answering defendants deny the allegations contained in this
16  paragraph.

17      Paragraph 24: These answering defendants deny the allegations contained in this
18  paragraph.

19      Paragraph 25: These answering defendants have no information or belief sufficient to
20  answer these allegations and therefore deny generally and specifically.

21      Paragraph 26: These answering defendants have no information or belief sufficient to
22  answer these allegations and therefore deny generally and specifically.

23      Paragraph 27: These answering defendants have no information or belief sufficient to
24  answer these allegations and therefore deny generally and specifically.

25      Paragraph 28: These answering defendants have no information or belief sufficient to
26  answer these allegations and therefore deny generally and specifically.

27      Paragraph 29: These answering defendants have no information or belief sufficient to
28  answer these allegations and therefore deny generally and specifically.

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine

5

1    Paragraph 30: No paragraph is listed on these defendants complaint.

2    Paragraph 31: This paragraph is a statement of what the plaintiff believes his complaint

3    alleges and not an allegation which requires these defendants to respond with an admission or

4    denial.

5    Paragraph 32: These answering defendants have no information or belief sufficient to

6    answer these allegations and therefore deny generally and specifically.

7    Paragraph 33: These answering defendants have no information or belief sufficient to

8    answer these allegations and therefore deny generally and specifically.

9    Paragraph 34: These answering defendants have no information or belief sufficient to

10   answer these allegations and therefore deny generally and specifically.

11   Paragraph 35: These answering defendants have no information or belief sufficient to

12   answer these allegations and therefore deny generally and specifically.

13   Paragraph 36: These answering defendants have no information or belief sufficient to

14   answer these allegations and therefore deny generally and specifically.

15   Paragraph 37: To the extent that plaintiff incorporates allegations from his first cause of

16   action, these defendant hereby incorporate its responses to same.

17   Paragraph 38: These answering defendants have no information or belief sufficient to

18   answer these allegations and therefore deny generally and specifically.

19   Paragraph 39: These answering defendants have no information or belief sufficient to

20   answer these allegations and therefore deny generally and specifically.

21   Paragraph 40: These answering defendants have no information or belief sufficient to

22   answer these allegations and therefore deny generally and specifically.

23   Paragraph 41: These answering defendants have no information or belief sufficient to

24   answer these allegations and therefore deny generally and specifically.

25   Paragraph 42: "State Bar of California…." these answering defendants have no

26   information or belief sufficient to answer these allegations and therefore deny generally and

27   specifically.

28

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine

6

1      Paragraph 43: These answering defendants have no information or belief sufficient to
2  answer these allegations and therefore deny generally and specifically.

3      Paragraph 44: These answering defendants have no information or belief sufficient to
4  answer these allegations and therefore deny generally and specifically.

5      Paragraph 45: These answering defendants have no information or belief sufficient to
6  answer these allegations and therefore deny generally and specifically.

7      Paragraph 46: These answering defendants have no information or belief sufficient to
8  answer these allegations and therefore deny generally and specifically.

9      Paragraph 47: These answering defendants have no information or belief sufficient to
10  answer these allegations and therefore deny generally and specifically.

11      Paragraph 48: These answering defendants have no information or belief sufficient to
12  answer these allegations and therefore deny generally and specifically.

13      Paragraph 49: These answering defendants have no information or belief sufficient to
14  answer these allegations and therefore deny generally and specifically.

15      Paragraph 50: These answering defendants have no information or belief sufficient to
16  answer these allegations and therefore deny generally and specifically.

17      Paragraph 51: These answering defendants have no information or belief sufficient to
18  answer these allegations and therefore deny generally and specifically.

19      Paragraph 52: These answering defendants have no information or belief sufficient to
20  answer these allegations and therefore deny generally and specifically.

21      Paragraph 53: These answering defendants have no information or belief sufficient to
22  answer these allegations and therefore deny generally and specifically.

23      Paragraph 54: These answering defendants have no information or belief sufficient to
24  answer these allegations and therefore deny generally and specifically.

25      Paragraph 54(A):     These answering defendants have no information or belief
26  sufficient to answer these allegations and therefore deny generally and specifically.

27      Paragraph 54(B):     These answering defendants have no information or belief
28  sufficient to answer these allegations and therefore deny generally and specifically.

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine

7

1        Paragraph 54(C):    These answering defendants have no information or belief
2  sufficient to answer these allegations and therefore deny generally and specifically.

3        Paragraph 54(D):    These answering defendants have no information or belief
4  sufficient to answer these allegations and therefore deny generally and specifically.

5        Paragraph 54(E):    These answering defendants have no information or belief
6  sufficient to answer these allegations and therefore deny generally and specifically.

7        Paragraph 54(F):    These answering defendants have no information or belief
8  sufficient to answer these allegations and therefore deny generally and specifically.

9        Paragraph 54(G):    These answering defendants have no information or belief
10  sufficient to answer these allegations and therefore deny generally and specifically.

11        Paragraph 54(H):    These answering defendants have no information or belief
12  sufficient to answer these allegations and therefore deny generally and specifically.

13        Paragraph 54(I):    These answering defendants have no information or belief
14  sufficient to answer these allegations and therefore deny generally and specifically.

15        Paragraph 54(J):    These answering defendants have no information or belief
16  sufficient to answer these allegations and therefore deny generally and specifically.

17        Paragraph 54(K):    These answering defendants have no information or belief
18  sufficient to answer these allegations and therefore deny generally and specifically.

19        Paragraph 54(L):    These answering defendants have no information or belief
20  sufficient to answer these allegations and therefore deny generally and specifically.

21        Paragraph 55: These answering defendants have no information or belief sufficient to
22  answer these allegations and therefore deny generally and specifically.

23        Paragraph 56: These answering defendants have no information or belief sufficient to
24  answer these allegations and therefore deny generally and specifically.

25        Paragraph 57: These answering defendants have no information or belief sufficient to
26  answer these allegations and therefore deny generally and specifically.

27        Paragraph 58: These answering defendants have no information or belief sufficient to
28  answer these allegations and therefore deny generally and specifically.

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
8

1    Paragraph 59: These answering defendants have no information or belief sufficient to
2    answer these allegations and therefore deny generally and specifically.

3    Paragraph 60: These answering defendants have no information or belief sufficient to
4    answer these allegations and therefore deny generally and specifically.

5    Paragraph 61: These answering defendants have no information or belief sufficient to
6    answer these allegations and therefore deny generally and specifically.

7    Paragraph 62: These answering defendants have no information or belief sufficient to
8    answer these allegations and therefore deny generally and specifically.

9    Paragraph 63: These answering defendants have no information or belief sufficient to
10   answer these allegations and therefore deny generally and specifically.

11   Paragraph 64: These answering defendants have no information or belief sufficient to
12   answer these allegations and therefore deny generally and specifically.

13   Paragraph 64(A):    These answering defendants have no information or belief
14   sufficient to answer these allegations and therefore deny generally and specifically.

15   Paragraph 64(B):    These answering defendants have no information or belief
16   sufficient to answer these allegations and therefore deny generally and specifically.

17   Paragraph 64(C):    These answering defendants have no information or belief
18   sufficient to answer these allegations and therefore deny generally and specifically.

19   Paragraph 64(D):    These answering defendants have no information or belief
20   sufficient to answer these allegations and therefore deny generally and specifically.

21   Paragraph 64(E):    These answering defendants have no information or belief
22   sufficient to answer these allegations and therefore deny generally and specifically.

23   Paragraph 65: These answering defendants have no information or belief sufficient to
24   answer these allegations and therefore deny generally and specifically.

25   Paragraph 66: These answering defendants have no information or belief sufficient to
26   answer these allegations and therefore deny generally and specifically.

27   Paragraph 67: These answering defendants have no information or belief sufficient to
28   answer these allegations and therefore deny generally and specifically.

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
9

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Paragraph 68: These answering defendants have no information or belief sufficient to answer these allegations and therefore deny generally and specifically.

Paragraph 69: These answering defendants have no information or belief sufficient to answer these allegations and therefore deny generally and specifically.

Paragraph 70: These answering defendants have no information or belief sufficient to answer these allegations and therefore deny generally and specifically.

Paragraph 71: These answering defendants have no information or belief sufficient to answer these allegations and therefore deny generally and specifically.

Paragraph 71(A): These answering defendants have no information or belief sufficient to answer these allegations and therefore deny generally and specifically.

Paragraph 71(B): These answering defendants have no information or belief sufficient to answer these allegations and therefore deny generally and specifically.

Paragraph 71(C): These answering defendants have no information or belief sufficient to answer these allegations and therefore deny generally and specifically.

Paragraph 71(D): These answering defendants have no information or belief sufficient to answer these allegations and therefore deny generally and specifically.

Paragraph 71(E): These answering defendants have no information or belief sufficient to answer these allegations and therefore deny generally and specifically.

Paragraph 72: These answering defendants have no information or belief sufficient to answer these allegations and therefore deny generally and specifically.

Paragraph 73: These answering defendants have no information or belief sufficient to answer these allegations and therefore deny generally and specifically.

Paragraph 74: These answering defendants have no information or belief sufficient to answer these allegations and therefore deny generally and specifically.

Paragraph 74(1): These answering defendants have no information or belief sufficient to answer these allegations and therefore deny generally and specifically.

Paragraph 74(2): These answering defendants have no information or belief sufficient to answer these allegations and therefore deny generally and specifically.

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
10

1      Paragraph 74(3):     These answering defendants have no information or belief
2  sufficient to answer these allegations and therefore deny generally and specifically.

3      Paragraph 74(4):     These answering defendants have no information or belief
4  sufficient to answer these allegations and therefore deny generally and specifically.

5      Paragraph 74(5):     These answering defendants have no information or belief
6  sufficient to answer these allegations and therefore deny generally and specifically.

7      Paragraph 74(6):     These answering defendants have no information or belief
8  sufficient to answer these allegations and therefore deny generally and specifically.

9      Paragraph 74(7):     These answering defendants have no information or belief
10  sufficient to answer these allegations and therefore deny generally and specifically.

11      Paragraph 74(8):     These answering defendants have no information or belief
12  sufficient to answer these allegations and therefore deny generally and specifically.

13      Paragraph 74(9):     These answering defendants have no information or belief
14  sufficient to answer these allegations and therefore deny generally and specifically.

15      Paragraph 74(10):     These answering defendants have no information or belief
16  sufficient to answer these allegations and therefore deny generally and specifically.

17      Paragraph 74(11):     These answering defendants have no information or belief
18  sufficient to answer these allegations and therefore deny generally and specifically.

19      Paragraph 74(12):     These answering defendants have no information or belief
20  sufficient to answer these allegations and therefore deny generally and specifically.

21      Paragraph 74(13):     These answering defendants have no information or belief
22  sufficient to answer these allegations and therefore deny generally and specifically.

23      Paragraph 89: These answering defendants deny the allegations contained in this
24  paragraph.

25      Paragraph 90: These answering defendants deny the allegations contained in this
26  paragraph.

27      Paragraph 91: "The fire was investigated..." these defendants admit that the fire in
28  question was investigated by "Fire defendants" but these answering defendants have no

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
11

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

1    information or belief sufficient to answer these allegations as they apply to the others named in

2    the paragraph and therefore deny generally and specifically.

3        Paragraph 91: "At the time of each…" these defendants admits that the fire in question

4    was investigated by "Fire defendants" but these answering defendants have no information or

5    belief sufficient to answer these allegations as they apply to the others named in the paragraph

6    and therefore deny generally and specifically.

7        Paragraph 92: These answering defendants deny the allegations contained in this

8    paragraph.

9        Paragraph 93: These answering defendants deny the allegations contained in this

10    paragraph.

11        Paragraph 94: These answering defendants deny the allegations contained in this

12    paragraph.

13        Paragraph 95: These answering defendants deny the allegations contained in this

14    paragraph.

15        Paragraph 96: These answering defendants deny the allegations contained in this

16    paragraph.

17        Paragraph 97: These answering defendants deny the allegations contained in this

18    paragraph.

19        Paragraph 98: These answering defendants deny the allegations contained in this

20    paragraph.

21        Paragraph 98(a):    These answering defendants have no information or belief

22    sufficient to answer these allegations and therefore deny generally and specifically.

23        Paragraph 98(b):    These answering defendants have no information or belief

24    sufficient to answer the allegations and therefore deny generally and specifically.

25        Paragraph 98(c):    These answering defendants deny the allegations contained in this

26    paragraph.

27        Paragraph 98(d):    These answering defendants have no information or belief

28    sufficient to answer these allegations and therefore deny generally and specifically.

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
12

1    Paragraph 98(e):    These answering defendants have no information or belief
2    sufficient to answer these allegations and therefore deny generally and specifically.

3    Paragraph 99(f):    These answering defendants deny the allegations contained in this
4    paragraph.

5    Paragraph 99(g):    These answering defendants deny the allegations contained in this
6    paragraph.

7    Paragraph 99:    These answering defendants deny the allegations contained in this
8    paragraph.

9    Paragraph 100(A):    These answering defendants deny the allegations contained in this
10    paragraph.

11    Paragraph 100(B):    These answering defendants deny the allegations contained in this
12    paragraph.

13    Paragraph 100(C):    These answering defendants deny the allegations contained in this
14    paragraph.

15    Paragraph 100(D):    These answering defendants deny the allegations contained in this
16    paragraph.

17    Paragraph 100(E):    These answering defendants deny the allegations contained in this
18    paragraph.

19    Paragraph 100(F):    These answering defendants deny the allegations contained in this
20    paragraph.

21    Paragraph 101:    These answering defendants deny the allegations contained in this
22    paragraph.

23    Paragraph 102:    These answering defendants deny the allegations contained in this
24    paragraph.

25    Paragraph 103:    These answering defendants deny the allegations contained in this
26    paragraph.

27    Paragraph 104:    These answering defendants deny the allegations contained in this
28    paragraph.

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
13

1      Paragraph 105:      These answering defendants deny the allegations contained in this
2  paragraph.

3      Paragraph 106:      These answering defendants deny the allegations contained in this
4  paragraph.

5      Paragraph 107:      These answering defendants deny the allegations contained in this
6  paragraph.

7      Paragraph 108:      These answering defendants deny the allegations contained in this
8  paragraph.

9      Paragraph 109:      These answering defendants deny the allegations contained in this
10  paragraph.

11      Paragraph 110:      These answering defendants deny the allegations contained in this
12  paragraph.

13      Paragraph 111:      These answering defendants deny the allegations contained in this
14  paragraph.

15      Paragraph 112:      These answering defendants deny the allegations contained in this
16  paragraph.

17      Paragraph 113:      These answering defendants deny the allegations contained in this
18  paragraph.

19      Paragraph 114:      To the extent that the plaintiff incorporates "material allegations,"
20  these responding parties incorporate its responses to same.

21      Paragraph 115:      These answering defendants have no information or belief
22  sufficient to answer these allegations and therefore deny generally and specifically.

23      Paragraph 116:      It is admitted by these defendants that Don MacAlpine was acting
24  within color of state law while conducting his investigation of the fire in question, however,
25  these answering defendants has no information or belief sufficient to answer these allegations on
26  the behalf of the others who are named in this paragraph and therefore deny generally and
27  specifically.

28

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
14

1     Paragraph 117:    These answering defendants have no information or belief
2  sufficient to answer these allegations and therefore deny generally and specifically.

3     Paragraph 118:    These answering defendants deny the allegations contained in this
4  paragraph.

5     Paragraph 119:    These answering defendants deny the allegations contained in this
6  paragraph.

7     Paragraph 120:    These answering defendants deny the allegations contained in this
8  paragraph.

9     Paragraph 121:    These answering defendants deny the allegations contained in this
10  paragraph.

11     Paragraph 122:    These answering defendants have no information or belief
12  sufficient to answer these allegations and therefore deny generally and specifically.

13     Paragraph 123:    These answering defendants have no information or belief
14  sufficient to answer these allegations and therefore deny generally and specifically.

15     Paragraph 124:    These answering defendants have no information or belief
16  sufficient to answer these allegations and therefore deny generally and specifically.

17     Paragraph 125:    These answering defendants have no information or belief
18  sufficient to answer these allegations and therefore deny generally and specifically.

19     Paragraph 126:    These answering defendants have no information or belief
20  sufficient to answer these allegations and therefore deny generally and specifically.

21     Paragraph 127:    These answering defendants have no information or belief
22  sufficient to answer these allegations and therefore deny generally and specifically.

23     Paragraph128:    These answering defendants have no information or belief
24  sufficient to answer these allegations and therefore deny generally and specifically.

25     Paragraph 129:    These answering defendants have no information or belief
26  sufficient to answer these allegations and therefore deny generally and specifically.

27     Paragraph 130:    These answering defendants have no information or belief
28  sufficient to answer these allegations and therefore deny generally and specifically.

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
15

1    Paragraph 129:    "Each of the defendants is the agent..." these answering

2  defendants deny the allegations contained in this paragraph.

3    Paragraph 130:    "Each of the defendants intended..." these answering defendants

4  deny the allegations contained in this paragraph.

5    Paragraph 130(A):    "Post traumatic..." these answering defendants deny the

6  allegations contained in this paragraph.

7    Paragraph 130(B):    "The acts of defendants..." these answering defendants deny the

8  allegations contained in this paragraph.

9    Paragraph 130(C):    "Stress and mental..." these answering defendants deny the

10  allegations contained in this paragraph.

11    Paragraph 131(a):    These answering defendants have no information or belief

12  sufficient to answer these allegations and therefore deny generally and specifically.

13    Paragraph 131(B):    These answering defendants have no information or belief

14  sufficient to answer these allegations and therefore deny generally and specifically.

15    Paragraph 131(C):    These answering defendants have no information or belief

16  sufficient to answer these allegations and therefore deny generally and specifically.

17    Paragraph 131(D):    These answering defendants have no information or belief

18  sufficient to answer these allegations and therefore deny generally and specifically.

19    Paragraph 131(E):    These answering defendants have no information or belief

20  sufficient to answer these allegations and therefore deny generally and specifically.

21    Paragraph 131(F):    These answering defendants have no information or belief

22  sufficient to answer these allegations and therefore deny generally and specifically.

23    Paragraph 131(G):    These answering defendants have no information or belief

24  sufficient to answer these allegations and therefore deny generally and specifically.

25    Paragraph 131(H):    These defendants deny that they were party to any "secret meeting"

26  but these answering defendants has no information or belief sufficient to answer these allegations

27  as against any others named in the paragraph and therefore deny them generally and specifically.

28

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
16

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

1    Paragraph 131(I):    These answering defendants deny the allegations contained in this
2    paragraph.

3    Paragraph 131(J):    These answering defendants have no information or belief
4    sufficient to answer these allegations and therefore deny generally and specifically.

5    Paragraph 131(K):    These answering defendants have no information or belief
6    sufficient to answer these allegations and therefore deny generally and specifically.

7    Paragraph 131(L):    These answering defendants have no information or belief
8    sufficient to answer these allegations and therefore deny generally and specifically.

9    Paragraph 131(M):    These answering defendants deny the allegations contained in this
10    paragraph.

11    Paragraph 132:    These answering defendants deny the allegations contained in this
12    paragraph.

13    Paragraph 133:    These answering defendants deny the allegations contained in this
14    paragraph.

15    Paragraph 134:    To the extent that plaintiff incorporates the allegations in the
16    Eighth Cause of Action, these defendants incorporate their responses thereto. To the extent that
17    plaintiff alleges that he is entitled to a recovery the allegations are denied.

18    Paragraph 135:    These answering defendants admit the allegations contained in this
19    paragraph.

20    Paragraph 136:    These answering defendants deny the allegations contained in this
21    paragraph.

22    Paragraph 137:    These answering defendants deny the allegations contained in this
23    paragraph.

24    Paragraph 138:    These answering defendants deny the allegations contained in this
25    paragraph.

26    Paragraph 139:    These answering defendants deny the allegations contained in this
27    paragraph.

28

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
17

1    Paragraph 140(A):    These answering defendants deny the allegations contained in this
2    paragraph.

3    Paragraph 140(B):    These answering defendants deny the allegations contained in this
4    paragraph.

5    Paragraph 140(C):    These answering defendants deny the allegations contained in this
6    paragraph.

7    Paragraph 140(D):    These answering defendants have no information or belief
8    sufficient to answer these allegations and therefore deny generally and specifically.

9    Paragraph 140(E):    These answering defendants deny the allegations contained in this
10    paragraph.

11    Paragraph 140(F):    These answering defendants deny the allegations contained in this
12    paragraph.

13    Paragraph 141:    These answering defendants have no information or belief
14    sufficient to answer these allegations and therefore deny generally and specifically.

15    Paragraph 142:    These answering defendants have no information or belief
16    sufficient to answer these allegations and therefore deny generally and specifically.

17    Paragraph 143:    These answering defendants have no information or belief
18    sufficient to answer these allegations and therefore deny generally and specifically.

19    Paragraph 143(A):    These answering defendants have no information or belief
20    sufficient to answer these allegations and therefore deny generally and specifically.

21    Paragraph 143(B):    These answering defendants have no information or belief
22    sufficient to answer these allegations and therefore deny generally and specifically.

23    Paragraph 143(C):    These answering defendants have no information or belief
24    sufficient to answer these allegations and therefore deny generally and specifically.

25    Paragraph 143(D):    These answering defendants have no information or belief
26    sufficient to answer these allegations and therefore deny generally and specifically.

27    Paragraph 143(E):    These answering defendants have no information or belief
28    sufficient to answer these allegations and therefore deny generally and specifically.

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
18

1    Paragraph 143(F):    These answering defendants have no information or belief
2  sufficient to answer these allegations and therefore deny generally and specifically.

3    Paragraph 143(G):    These answering defendants have no information or belief
4  sufficient to answer these allegations and therefore deny generally and specifically.

5    Paragraph 143(H):    These answering defendants have no information or belief
6  sufficient to answer these allegations and therefore deny generally and specifically.

7    Paragraph 143(I):    These answering defendants have no information or belief
8  sufficient to answer these allegations and therefore deny generally and specifically.

9    Paragraph 144:    These answering defendants deny the allegations contained in this
10  paragraph.

11    Paragraph 145:    These answering defendants deny the allegations contained in this
12  paragraph.

13    Paragraph 146:    These answering defendants deny the allegations contained in this
14  paragraph.

15    Paragraph 147:    These answering defendants have no information or belief
16  sufficient to answer these allegations and therefore deny generally and specifically.

17    Paragraph 147(A):    These answering defendants have no information or belief
18  sufficient to answer these allegations and therefore deny generally and specifically.

19    Paragraph 147(B):    These answering defendants have no information or belief
20  sufficient to answer these allegations and therefore deny generally and specifically.

21    Paragraph 147(C):    These answering defendants have no information or belief
22  sufficient to answer these allegations and therefore deny generally and specifically.

23    Paragraph 147(D):    These answering defendants have no information or belief
24  sufficient to answer these allegations and therefore deny generally and specifically.

25    Paragraph 148:    These answering defendants have no information or belief
26  sufficient to answer these allegations and therefore deny generally and specifically.

27    Paragraph 149:    These answering defendants have no information or belief
28  sufficient to answer these allegations and therefore deny generally and specifically.

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
19

1   Paragraph 150:    These answering defendants have no information or belief
2   sufficient to answer these allegations and therefore deny generally and specifically.

3   Paragraph 150(a):    These answering defendants have no information or belief
4   sufficient to answer these allegations and therefore deny generally and specifically.

5   Paragraph 150(b):    These answering defendants have no information or belief
6   sufficient to answer these allegations and therefore deny generally and specifically.

7   Paragraph 197:    These answering defendants have no information or belief
8   sufficient to answer these allegations and therefore deny generally and specifically.

9   Paragraph 198:    These answering defendants have no information or belief
10   sufficient to answer these allegations and therefore deny generally and specifically.

11   Paragraph 199:    These answering defendants have no information or belief
12   sufficient to answer these allegations and therefore deny generally and specifically.

13   Paragraph 199(A):    These answering defendants have no information or belief
14   sufficient to answer these allegations and therefore deny generally and specifically.

15   Paragraph 199(B):    These answering defendants have no information or belief
16   sufficient to answer these allegations and therefore deny generally and specifically.

17   Paragraph 199(C):    These answering defendants have no information or belief
18   sufficient to answer these allegations and therefore deny generally and specifically.

19   Paragraph 199(D):    These answering defendants have no information or belief
20   sufficient to answer these allegations and therefore deny generally and specifically.

21   Paragraph 199(E):    These answering defendants have no information or belief
22   sufficient to answer these allegations and therefore deny generally and specifically.

23   Paragraph 199(F):    These answering defendants have no information or belief
24   sufficient to answer these allegations and therefore deny generally and specifically.

25   Paragraph 199(G):    These answering defendants have no information or belief
26   sufficient to answer these allegations and therefore deny generally and specifically.

27   Paragraph 199(H):    These answering defendants have no information or belief
28   sufficient to answer these allegations and therefore deny generally and specifically.

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
20

1    Paragraph 199(I):    These answering defendants have no information or belief
2    sufficient to answer these allegations and therefore deny generally and specifically.

3    Paragraph 199(J):    These answering defendants have no information or belief
4    sufficient to answer these allegations and therefore deny generally and specifically.

5    Paragraph 199(K):    These answering defendants have no information or belief
6    sufficient to answer these allegations and therefore deny generally and specifically.

7    Paragraph 199(L):    These answering defendants have no information or belief
8    sufficient to answer these allegations and therefore deny generally and specifically.

9    Paragraph 200:    These answering defendants have no information or belief
10    sufficient to answer these allegations and therefore deny generally and specifically.

11    Paragraph 201:    These answering defendants have no information or belief
12    sufficient to answer these allegations and therefore deny generally and specifically.

13    Paragraph 202:    These answering defendants have no information or belief
14    sufficient to answer these allegations and therefore deny generally and specifically.

15    Paragraph 203:    These answering defendants have no information or belief
16    sufficient to answer these allegations and therefore deny generally and specifically.

17    Paragraph 204:    These answering defendants deny the allegations contained in this
18    paragraph.

19    Paragraph 204(A):    These answering defendants have no information or belief
20    sufficient to answer these allegations and therefore deny generally and specifically.

21    Paragraph 204(B):    These answering defendants deny the allegations contained in this
22    paragraph.

23    Paragraph 204(C):    These answering defendants deny the allegations contained in this
24    paragraph.

25    Paragraph 204(D):    These answering defendants deny the allegations contained in this
26    paragraph.

27    Paragraph 204(E):    These answering defendants deny the allegations contained in this
28    paragraph.

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
21

1    Paragraph 204(F):    These answering defendants deny the allegations contained in this
2    paragraph.

3    Paragraph 204(G):    These answering defendants have no information or belief
4    sufficient to answer these allegations and therefore deny generally and specifically.

5    Paragraph 204(H):    These answering defendants deny the allegations contained in this
6    paragraph.

7    Paragraph 205:    The allegations to the effect that the criminal charges were
8    dismissed are admitted, all other allegations contained in the paragraph are denied generally and
9    specifically.

10    Paragraph 206:    These answering defendants deny the allegations contained in this
11    paragraph.

12    Paragraph 207:    These answering defendants deny the allegations contained in this
13    paragraph.

14    Paragraph 208:    To the extent that plaintiff incorporates the various allegations
15    contained in the Tenth Cause of Action, these responding parties incorporate their responses
16    thereto.

17    Paragraph 209:    These answering defendants have no information or belief
18    sufficient to answer these allegations and therefore deny generally and specifically.

19    Paragraph 207:    "At the time of the investigation..." these answering defendants
20    deny the allegations contained in this paragraph.

21    Paragraph 208:    "He also convinced..." these answering defendants have no
22    information or belief sufficient to answer these allegations and therefore deny generally and
23    specifically.

24    Paragraph 209:    "Plaintiff, knowing he did..." these answering defendants have no
25    information or belief sufficient to answer these allegations and therefore deny generally and
26    specifically.

27    Paragraph 210:    These answering defendants deny the allegations contained in this
28    paragraph.

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
22

CITY ATTORNEY
CITY HALL
FRESNO. CA 93721

1    Paragraph 211:    These answering defendants have no information or belief
2  sufficient to answer these allegations and therefore deny generally and specifically.

3    Paragraph 212:    These answering defendants have no information or belief
4  sufficient to answer these allegations and therefore deny generally and specifically.

5    Paragraph 213:    These answering defendants deny the allegations contained in this
6  paragraph.

7    Paragraph 214:    These answering defendants deny the allegations contained in this
8  paragraph.

9    Paragraph 214(A):    These answering defendants deny the allegations contained in this
10  paragraph.

11    Paragraph 214(B):    These answering defendants deny the allegations contained in this
12  paragraph.

13    Paragraph 214(C):    These answering defendants deny the allegations contained in this
14  paragraph.

15    Paragraph 214(D):    These answering defendants deny the allegations contained in this
16  paragraph.

17    Paragraph 214(E):    These answering defendants deny the allegations contained in this
18  paragraph.

19    Paragraph 214(F):    These answering defendants deny the allegations contained in this
20  paragraph.

21    Paragraph 214(G):    These answering defendants deny the allegations contained in this
22  paragraph.

23    Paragraph 214(H):    These answering defendants deny the allegations contained in this
24  paragraph.

25    Paragraph 214(I):    These answering defendants deny the allegations contained in this
26  paragraph.

27    Paragraph 215:    These answering defendants deny the allegations contained in this
28  paragraph.

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
23

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

1    Paragraph 216:    These answering defendants have no information or belief
2  sufficient to answer these allegations and therefore deny generally and specifically.

3    Paragraph 217:    These answering defendants have no information or belief
4  sufficient to answer these allegations and therefore deny generally and specifically.

5    Paragraph 218:    These answering defendants have no information or belief
6  sufficient to answer these allegations and therefore deny generally and specifically.

7    Paragraph 218(A):    These answering defendants have no information or belief
8  sufficient to answer these allegations and therefore deny generally and specifically.

9    Paragraph 218(B):    These answering defendants have no information or belief
10  sufficient to answer these allegations and therefore deny generally and specifically.

11    Paragraph 218(C):    These answering defendants have no information or belief
12  sufficient to answer these allegations and therefore deny generally and specifically.

13    Paragraph 218(D):    These answering defendants have no information or belief
14  sufficient to answer these allegations and therefore deny generally and specifically.

15    Paragraph 218(E):    These answering defendants have no information or belief
16  sufficient to answer these allegations and therefore deny generally and specifically.

17    Paragraph 218(F):    These answering defendants have no information or belief
18  sufficient to answer these allegations and therefore deny generally and specifically.

19    Paragraph 218(G):    These answering defendants have no information or belief
20  sufficient to answer these allegations and therefore deny generally and specifically.

21    Paragraph 218(H):    These answering defendants have no information or belief
22  sufficient to answer these allegations and therefore deny generally and specifically.

23    Paragraph 218(I):    These answering defendants have no information or belief
24  sufficient to answer these allegations and therefore deny generally and specifically.

25    Paragraph 218(J):    These answering defendants have no information or belief
26  sufficient to answer these allegations and therefore deny generally and specifically.

27    Paragraph 218(K):    These answering defendants have no information or belief
28  sufficient to answer these allegations and therefore deny generally and specifically.

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
24

CITY ATTORNEY
CITY HALL
FRESNO. CA 93721

1    Paragraph 219:    These answering defendants have no information or belief
2  sufficient to answer these allegations and therefore deny generally and specifically.

3    Paragraph 220:    These answering defendants have no information or belief
4  sufficient to answer these allegations and therefore deny generally and specifically.

5    Paragraph 221:    These answering defendants deny the allegations contained in this
6  paragraph.

7    Paragraph 122:    "The actions of defendants also..." These answering defendants
8  deny the allegations contained in this paragraph.

9    Paragraph 222:    These answering defendants deny the allegations contained in this
10  paragraph.

11    Paragraph 223:    These answering defendants deny the allegations contained in this
12  paragraph.

13    Paragraph 224:    These answering defendants have no information or belief
14  sufficient to answer these allegations and therefore deny generally and specifically.

15    Paragraph 225:    These answering defendants have no information or belief
16  sufficient to answer these allegations and therefore deny generally and specifically.

17    Paragraph 226:    These answering defendants have no information or belief
18  sufficient to answer these allegations and therefore deny generally and specifically.

19    Paragraph 227:    These answering defendants have no information or belief
20  sufficient to answer these allegations and therefore deny generally and specifically.

21    Paragraph 228:    These answering defendants deny the allegations contained in this
22  paragraph.

23    Paragraph 229:    These answering defendants deny the allegations contained in this
24  paragraph.

25    Paragraph 230:    These answering defendants have no information or belief
26  sufficient to answer these allegations and therefore deny generally and specifically.

27    Paragraph 231:    These answering defendants deny the allegations contained in this
28  paragraph.

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
25

1     Paragraph 231(A):    These answering defendants deny the allegations contained in this
2 paragraph.

3     Paragraph 231(B):    These answering defendants deny the allegations contained in this
4 paragraph.

5     Paragraph 231(C):    These answering defendants deny the allegations contained in this
6 paragraph.

7     Paragraph 231(D):    These answering defendants deny the allegations contained in this
8 paragraph.

9     Paragraph 231(E):    These answering defendants deny the allegations contained in this
10 paragraph.

11     Paragraph 232:    These answering defendants deny the allegations contained in this
12 paragraph.

13     Paragraph 233:    These answering defendants deny the allegations contained in this
14 paragraph.

15     Paragraph 234:    These answering defendants deny the allegations contained in this
16 paragraph.

17     Paragraph 235:    These answering defendants have no information or belief
18 sufficient to answer these allegations and therefore deny generally and specifically.

19     Paragraph 236:    These answering defendants have no information or belief
20 sufficient to answer these allegations and therefore deny generally and specifically.

21     Paragraph 237:    These answering defendants deny the allegations contained in this
22 paragraph.

23     Paragraph 238:    These answering defendants have no information or belief
24 sufficient to answer these allegations and therefore deny generally and specifically.

25     Paragraph 239:    These answering defendants have no information or belief
26 sufficient to answer these allegations and therefore deny generally and specifically.

27     Paragraph 240:    These answering defendants have no information or belief
28 sufficient to answer these allegations and therefore deny generally and specifically.

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
26

1       Paragraph 241:    These answering defendants deny the allegations contained in this
2   paragraph.

3       Paragraph 249:    These answering defendants have no information or belief
4   sufficient to answer these allegations and therefore deny generally and specifically.

5       Paragraph 250:    These answering defendants have no information or belief
6   sufficient to answer these allegations and therefore deny generally and specifically.

7       Paragraph 251:    These answering defendants have no information or belief
8   sufficient to answer these allegations and therefore deny generally and specifically.

9       Paragraph 252:    These answering defendants have no information or belief
10  sufficient to answer these allegations and therefore deny generally and specifically.

11      Paragraph 253:    These answering defendants have no information or belief
12  sufficient to answer these allegations and therefore deny generally and specifically.

13      Paragraph 254:    These answering defendants have no information or belief
14  sufficient to answer these allegations and therefore deny generally and specifically.

15      Paragraph 255:    These answering defendants have no information or belief
16  sufficient to answer these allegations and therefore deny generally and specifically.

17      Paragraph 256:    These answering defendants have no information or belief
18  sufficient to answer these allegations and therefore deny generally and specifically.

19      Paragraph 257:    These answering defendants have no information or belief
20  sufficient to answer these allegations and therefore deny generally and specifically.

21      Paragraph 259:    These answering defendants have no information or belief
22  sufficient to answer these allegations and therefore deny generally and specifically

23      Paragraph 260:    These answering defendants deny the allegations contained in this
24  paragraph.

25      Paragraph 270:    These answering defendants deny the allegations contained in this
26  paragraph.

27

28

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
27

1    Paragraph 271:    To the extent that plaintiff incorporates his allegations from the 8th,

2    14th, 15th and 17th causes of action, these answering defendants incorporate their responses

3    thereto.

4    Paragraph 272:    These answering defendants deny the allegations contained in this

5    paragraph.

6    Paragraph 273:    These answering defendants have no information or belief

7    sufficient to answer these allegations and therefore deny generally and specifically.

8    Paragraph 274:    To the extent that plaintiff incorporates his allegations from the 8th,

9    14th, 15th, 18th and 19th causes of action, these answering defendants incorporate their responses

10    thereto.

11    Paragraph 275:    These answering defendants have no information or belief

12    sufficient to answer these allegations and therefore deny generally and specifically.

13    Paragraph 276:    These answering defendants have no information or belief

14    sufficient to answer these allegations and therefore deny generally and specifically.

15    Paragraph 277:    To the extent that plaintiff incorporates allegations in any other

16    cause of action, these answering defendants incorporate their responses to each of the allegations

17    contained within the cause of action.

18    Paragraph 279:    These answering defendants have no information or belief

19    sufficient to answer these allegations and therefore deny generally and specifically.

20    Paragraph 280:    These answering defendants have no information or belief

21    sufficient to answer these allegations and therefore deny generally and specifically.

22    Paragraph 281:    These answering defendants have no information or belief

23    sufficient to answer these allegations and therefore deny generally and specifically.

24    Paragraph 282:    These answering defendants have no information or belief

25    sufficient to answer these allegations and therefore deny generally and specifically.

26    Paragraph 283:    These answering defendants have no information or belief

27    sufficient to answer these allegations and therefore deny generally and specifically.

28

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
28

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

1    Paragraph 284:     These answering defendants have no information or belief
2    sufficient to answer these allegations and therefore deny generally and specifically.

3    Paragraph 285:     These answering defendants have no information or belief
4    sufficient to answer these allegations and therefore deny generally and specifically.

5    Paragraph 285(A):     These answering defendants have no information or belief
6    sufficient to answer these allegations and therefore deny generally and specifically.

7    Paragraph 285(B):     These answering defendants have no information or belief
8    sufficient to answer these allegations and therefore deny generally and specifically.

9    Paragraph 285(C):     These answering defendants have no information or belief
10   sufficient to answer these allegations and therefore deny generally and specifically.

11   Paragraph 285(D):     These answering defendants have no information or belief
12   sufficient to answer these allegations and therefore deny generally and specifically.

13   Paragraph 285(E):     These answering defendants have no information or belief
14   sufficient to answer these allegations and therefore deny generally and specifically.

15   Paragraph 286:     These answering defendants deny the allegations contained in this
16   paragraph.

17   Paragraph 287:     These answering defendants deny the allegations contained in this
18   paragraph.

19   FURTHER, AS AND FOR AFFIRMATIVE DEFENSES, THESE DEFENDANTS
20   HEREBY RAISE:

21   **FIRST AFFIRMATIVE DEFENSE**
     **(Failure to State a Claim)**
22

23   As a separate and affirmative defense to Plaintiff's Complaint and to each
24   purported cause of action contained therein, these answering defendants allege that Plaintiff fails
25   to state facts sufficient to constitute a claim upon which relief can be granted.

26   **SECOND AFFIRMATIVE DEFENSE**
     **(Statute of Limitations)**
27

28   As a separate and affirmative defense to Plaintiff's Complaint and to each

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
29

1    purported cause of action contained therein, these answering defendants allege that Plaintiff's

2    Complaint is time-barred pursuant to California Government Code §945.6, California Civil

3    Procedure Code §342 and California Code of Civil Procedure § 335.1

### THIRD AFFIRMATIVE DEFENSE
#### (Waiver, Estoppel, Consent and Unclean Hands)

As a separate and affirmative defense to Plaintiff's Complaint and to each purported cause of action contained therein, these answering defendants allege that they are barred by the doctrines of waiver, estoppel, consent, and/or unclean hands.

### FOURTH AFFIRMATIVE DEFENSE
#### (Laches)

As a separate and affirmative defense to Plaintiff's Complaint and to each purported cause of action contained therein, these answering defendants allege that they are barred by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE
#### (Plaintiff's Negligence or Fault)

As a separate and affirmative defense to Plaintiff's Complaint and to each purported cause of action contained therein, these answering defendants allege that at all times referred to in his Complaint, Plaintiff, and/or his agents, servants and employees, were negligent and said negligence directly and proximately contributed to the happening of the accident and to the injuries and damages, if any, sustained by Plaintiff. That said negligence of Plaintiff, and/or Plaintiff's agents, servants and employees, should be compared to the total negligence, if any, of these answering defendants for the purpose of reducing any recovery by the Plaintiff.

### SIXTH AFFIRMATIVE DEFENSE
#### (Third-Party Acts or Omissions)

As a separate and affirmative defense to Plaintiff's Complaint and to each purported cause of action contained therein, these answering defendants allege that the matter complained of in the Complaint and the causes of action therein, were solely caused by the actions or omissions of a third-party, or parties, other than these answering defendants.

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
30

1

2

## SEVENTH AFFIRMATIVE DEFENSE
### (Cal. Civ. Code § 1431.2)

3

4       As a separate and affirmative defense to Plaintiff's Complaint and to each

5   purported cause of action contained therein, these answering defendants allege that any non-

6   economic damages sustained by Plaintiff in this action were due to the fault of someone other

7   than the City and, under California Civil Code §1431.2, the Fair Responsibility Act of 1986, City

8   can only be held liable for those non-economic damages proportionately caused by the fault of

    the City.

9

10

## EIGHTH AFFIRMATIVE DEFENSE
### (Government Tort Claims Act)

11      As a separate and affirmative defense to Plaintiff's Complaint and to each

12  purported cause of action contained therein, these answering defendants allege that Plaintiff

13  failed to comply with the Government Tort Claims statutes.

## NINTH AFFIRMATIVE DEFENSE
### (Mitigation of Damages)

14

15      As a separate and affirmative defense to Plaintiff's Complaint and to each

16  purported cause of action contained therein, these answering defendants allege that Plaintiff

17  failed to mitigate Plaintiff's damages.

18

## TENTH AFFIRMATIVE DEFENSE
### (Collateral Source Payments)

19

20      As a separate and affirmative defense to Plaintiff's Complaint and to each

21  purported cause of action contained therein, these answering defendants allege that it is entitled

22  pursuant to California Government Code §984 et seq. to a reduction of a judgment entered

23  against it, if any, for collateral source payments paid or obligated to be paid for services or

24  benefits that were provided to Plaintiff prior to the commencement of trial.

25

## ELEVENTH AFFIRMATIVE DEFENSE
### (Reasonable Defense Costs)

26

27      As a separate and affirmative defense to Plaintiff's Complaint and to each

28  purported cause of action contained therein, these answering defendants allege that it is entitled

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine

31

1    to all reasonable and necessary defense costs normally awarded to the prevailing party, in that

2    Plaintiff brought this proceeding without reasonable cause and without good faith belief that

3    there was a justifiable controversy under the facts and law which warranted the filing of this

4    Complaint under the California Tort Claims Act.

5    **TWELFTH AFFIRMATIVE DEFENSE**

6    **(Exercise of Discretionary Authority – Cal. Gov. Code §820.2)**

7    As a separate and affirmative defense to Plaintiff's Complaint and to each

8    purported cause of action contained therein, these answering defendants allege that any and all

9    acts of the City and its agents and employees, which allegedly caused the injury were the result

10    of the exercise of discretionary authority vested in them.  Therefore, these answering defendants

11    are not liable to the Plaintiff for Plaintiff's damages, if any, pursuant to the provisions of

12    Government Code §820.2.

13    **THIRTEENTH AFFIRMATIVE DEFENSE**

14    **(Cal. Gov. Code § 820.8)**

15    As a separate and affirmative defense to Plaintiff's Complaint and to each

16    purported cause of action contained therein, City alleges that the Complaint is barred against the

17    City pursuant to Government Code §820.8 in that a public employee is not liable for an injury

18    caused by the act or omission of another person.

19    **FOURTEENTH AFFIRMATIVE DEFENSE**

20    **(Acts Reasonable - Cal. Gov. Code § 835.4)**

21    As a separate and affirmative defense to Plaintiff's Complaint and to each

22    purported cause of action contained therein, these answering defendants allege that the acts of

23    these answering defendants allege were reasonable within the meaning of Government Code

24    §835.4 and these answering defendants allege are therefore immune from liability.

25    **FIFTEENTH AFFIRMATIVE DEFENSE**

26    **(FRCP 21)**

27    As a separate and affirmative defense to Plaintiff's Complaint and to each

28    purported cause of action contained therein, these answering defendants allege that the plaintiff

improperly joined various defendants and as a result the confusion these defendants will be

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
32

1  severely prejudiced to the point where severance is appropriate under Federal Rules of Civil

2  Procedure Rule 21.

### SIXTEENTH AFFIRMATIVE DEFENSE
### (28 USC 1391, 28 USC 1404)

As a separate and affirmative defense to Plaintiff's Complaint and to each purported cause of action contained therein, these answering defendants allege that the proper venue for the actions against the these answering defendants allege is the Eastern District in that the Eastern District contains the property which is the subject matter that gives rise to the plaintiff's alleged injury and damages; the District in which the witnesses are located; where a substantial part of the events took; and, where the majority of the defendants do business or reside.

### SEVENTEENTH AFFIRMATIVE DEFENSE
### (California Government Code 815)

To the extent that plaintiff claims that the City is negligent, it is immune under Government Code § 815 which sets forth that a public entity is immune from liability except those created by statute.

### EITHTEENTH AFFIRMATIVE DEFENSE
### (California Government Code § 815.2)

To the extent that an employee of the City is immune from liability, the City of Fresno is likewise immune under Government Code § 815.2.

### NINTEENTH AFFIRMATIVE DEFENSE
### (California Government Code § 820.4)

At all times herein mentioned, all employees of the City acted with due care in the enforcement of laws and are therefore, immune under Government Code § 820.4.

### TWENTIETH AFFIRMATIVE DEFENSE
### (California Government Code § 821.6)

At all times herein mentioned employees of the City were initiating or prosecuting a judicial or administrative proceeding and were within the scope of their employment and are therefore immune under provisions of Government Code § 821.6.

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
33

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

### TWENTY-FIRST AFFIRMATIVE DEFENSE
#### (California Government Code § 821.8)

At all times herein mentioned employees of the City who entered upon property did so either with expressed or implied authority of the law and therefore are immune under Government Code § 821.8.

### TWENTY-SECOND AFFIRMATIVE DEFENSE
#### (Qualified Immunity)

At all times herein mentioned employees of the City acted with the reasonable belief that their acts complied with all applicable statutes, laws and codes thereby making them immune from liability.

### TWENTY-THIRD AFFIRMATIVE DEFENSE
#### (Good Faith Immunity)

At all times herein mentioned the defendants conducted themselves with the good faith belief that they did so with a reasonable belief that there conduct complied with all applicable statutes, laws and codes thereby making them immune from liability.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
34

1    **WHEREFORE**, City prays as follows:

2    1.    That Plaintiff takes nothing by reason of Plaintiff's Complaint;

3    2.    For judgment in favor of City and against Plaintiff;

4    3.    For all attorneys' fees;

5    4.    For costs of suit; and

6    5.    For such other and further relief as the court deems just and proper.

7
     DATED: January 23, 2008    Respectfully submitted,
8

9                                JAMES C. SANCHEZ
                                 City Attorney
10
                                 By: _____
11
                                 GREGORY L. MYERS
12                               Senior Deputy City Attorney

13
                                 Attorneys for Defendants
14                               FRESNO FIRE DEPARTMENT & DONALD
                                 MACALPINE
15

16   GLM:elb [43786elb/glm]

17

18

19

20

21

22

23

24

25

26

27

28

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
35

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

PROOF OF SERVICE
CCP §§ 1011, 1013, 1013a, 2015.5
FRCP 5(b)

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2600 Fresno Street, Fresno, CA  93721-3602.

On January *25*, 2008, I served the document described as **DEFENDANTS CITY OF FRESNO, FRESNO FIRE DEPARTMENT AND DON MACALPINE'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** on the interested parties in this action ☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list: ■ by placing ☐ the original ■ a true copy thereof enclosed in sealed envelopes addressed as follows:

Gregory Morris                        Gregory Morris
P.O. Box 872                          909 Geary Street, #519
Fresno, CA  93712                     San Francisco, CA 94109
(In Pro Per)                          (In Pro Per)

■ BY MAIL    ☐   I deposited such envelope in the mail at Fresno, California.  The envelope was mailed with postage thereon fully prepaid.

■   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Fresno, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

☐   (BY FAX) I caused the above-referenced document to be transmitted by fax to the addressee(s) at the fax number(s) shown.

☐   (BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

Executed on **January *25*, 2008** at Fresno, California.

■   (State)      I declare under penalty of perjury under the laws of the State of California That the above is true and correct.

*Emma L. Baker*
Emma L. Baker

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don MacAlpine
36