1  JAMES C. SANCHEZ, City Attorney
   CITY OF FRESNO
2  By: Gregory L. Myers, Senior Deputy (#09743)
3  2600 Fresno Street
   Fresno, California 93721-3602
4  Telephone: (559) 621-7500
   Facsimile: (559) 488-1084
5

6  Attorneys for Defendants CITY OF FRESNO, FRESNO FIRE DEPARTMENT, AND DONALD
   MACALPINE
7

8              IN THE DISTRICT COURT OF THE UNITED STATES
9                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DISTRICT
10

11 GREGORY MORRIS,                        ) Case No.: CV-07-02890 EMC
                                          )
12          Plaintiff,                    )
                                          )
13    vs.                                 )
                                          )
14 STATE BAR OF CALIFORNIA AT SAN         )
   FRANCISCO; SAFECO INSURANCE            ) **CONSENT TO PROCEED BEFORE A**
15 COMPANY; SAFECO INSURANCE              ) **UNITED STATES MAGISTRATE JUDGE**
16 COMPANY AMERICA; SAFECO                )
   INSURANCE COMPANY OF ILLINOIS;         )
17 STATE BAR OF CALIFORNIA LAWYERS        )
   ASSISTANCE PROGRAM; BOARD OF           )
18 GOVERNORS; CITY OF FRESNO; FRESNO      )
19 FIRE DEPARTMENT; DONALD                )
   MACALPINE; ROBERT DRISCAL;             )
20 CRAWFORD AND COMPANY; OPTION           )
21 ONE MORTGAGE COMPANY; LONG             )
   BEACH MORTGAGE COMPANY; PREMIER)
22 TRUST DEED SERVICES COMPANY;           )
   FRESNO COUNTY DISTRICT                 )
23 ATTORNEY'S OFFICE; ELIZABETH EGAN;     )
24 SAN FRANCISCO SAFECO LEGAL             )
   SERVICES COMPANY, and DOES 1 through   )
25 275, INCLUSIVE,                        )
                                          )
26          Defendants.                   )
27 _____

28

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don McAlpine
1

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 28, 2008

Respectfully submitted,

JAMES C. SANCHEZ
City Attorney

By: _____
GREGORY L. MYERS
Senior Deputy City Attorney

Attorneys for Defendants
FRESNO FIRE DEPARTMENT & DONALD MACALPINE

GLM:elb [43885elb/glm]

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don McAlpine
2

PROOF OF SERVICE
CCP §§ 1011, 1013, 1013a, 2015.5
FRCP 5(b)

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 2600 Fresno Street, Fresno, CA 93721-3602.

On **January 28, 2008**, I served the document described as **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the interested parties in this action ☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list: ■ by placing ☐ the original ■ a true copy thereof enclosed in sealed envelopes addressed as follows:

Gregory Morris
P.O. Box 872
Fresno, CA 93712
(In Pro Per)

Gregory Morris
909 Geary Street, #519
San Francisco, CA 94109
(In Pro Per)

■ BY MAIL    ☐ I deposited such envelope in the mail at Fresno, California. The envelope was mailed with postage thereon fully prepaid.

■ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Fresno, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

☐ (BY FAX) I caused the above-referenced document to be transmitted by fax to the addressee(s) at the fax number(s) shown.

☐ (BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

Executed on **January 28, 2008,** at Fresno, California.

■ (State)    I declare under penalty of perjury under the laws of the State of California That the above is true and correct.

*Emma L. Baker*
Emma L. Baker

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

Morris v. State Bar of California
Case No. CV-07-02890 EMC
Defendants City of Fresno, Fresno Fire Department, and Don McAlpine
3