Gregory Harris
1432993-0674243
P.O. Box 872
Fresno, Ca 93712

FILED
08 JAN 25 AM 11:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1/15/07

Betty Fong
Deputy Clerk
U.S. District Court
450 Golden Gate Ave.
San Francisco, Ca. 94102

Re: C07-2890 EMC Morris v Sfpro

Dear Ms Fong:

I am in custody fighting false charges at the Fresno County Jail. My trial is on March 3, 2008, and I expect to be released shortly thereafter.

I have been unable to serve the complaint on the defendants, because I have no money; to do so.

Previous correspondence indicated that the U.S. Marshall would be able to serve my complaint.

Can you tell me how to proceed and where to write them?
Thanks!
Gregory Morris