MARIE M. MOFFAT (62167)
LAWRENCE C. YEE (84208)
MARK TORRES-GIL (91597)
DANIELLE A. LEE (223675)
**STATE BAR OF CALIFORNIA**
**OFFICE OF GENERAL COUNSEL**
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2339
Fax: (415) 538-2321
Email: danielle.lee@calbar.ca.gov

Attorneys for Defendants The State Bar
Of California, State Bar Board of Governors,
Lawyers Assistance Program

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| GREGORY A. MORRIS,<br><br>    Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA, et al.<br><br>    Defendants. | STATE BAR DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT AGAINST STATE BAR DEFENDANTS<br><br>Case No. 3:07-cv-02890-EMC<br><br><br>Date:   March 12, 2008<br>Time:   10:30 _a.m.<br>Place:  Courtroom C, 15th Floor<br>Judge:  Hon. Mag. Edward M. Chen<br>_____ |

TO: GREGORY A. MORRIS IN PRO SE

**PLEASE TAKE NOTICE** that on March 12, 2008, at 10:30 a.m. in the Courtroom of the Honorable Magistrate Edward M. Chen, being Courtroom C, 15th floor, at 450 Golden Gate Avenue, San Francisco, California 94102, counsel for Defendants The State Bar of California, the State Bar Board of Governors, the State Bar Lawyer Assistance Program, and the Office of the Chief Trial Counsel ("State Bar Defendants"), will and hereby do, move the Court for an Order under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss Plaintiff's Complaint as to all causes of action against the State Bar Defendants.

**1**

State Bar Defs' Notice of Motion and Motion to Dismiss                              07-CV-02890

1  State Bar Defendants will move to dismiss this action on the grounds that this Court lacks subject-matter jurisdiction pursuant to Eleventh Amendment immunity and the <u>Rooker-Feldman</u> doctrine. State Bar Defendants will further move to dismiss this action based on res judicata and collateral estoppel grounds, judicial immunity, and failure to state a claim for relief and because Plaintiff's request for equitable relief is improper.

The Motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed in support thereof, all pleadings in this action and any other documents that are now on file or that may be on file in this action at the time of hearing; and such further evidence and arguments as may be presented at the time of hearing.

## MOTION TO DISMISS

State Bar Defendants move to dismiss the Complaint on the following specific grounds:

1. Plaintiff's claims are jurisdictionally barred by the Eleventh Amendment;
2. Plaintiff's claims are jurisdictionally barred under the <u>Rooker Feldman</u> doctrine;
3. Plaintiff's claims are barred by res judicata and collateral estoppel;
4. State Bar Defendants are entitled to judicial immunity;
5. Plaintiff fails to state a claim for relief for violation of his due process rights or any other alleged federal deprivation;
6. Plaintiff fails to state a claim for relief under Title II of the ADA;
7. Plaintiff's requests for equitable relief are improper.

**WHEREFORE**, State Bar Defendants pray as follows:

1. That the Complaint and each claim for relief alleged therein be dismissed against State Bar Defendants without leave to amend; and,
2. That Plaintiff take nothing and judgment be entered in favor of State Bar Defendants; and,

//
//
//
//

1    For such other relief as this Court deems just.

2    Dated: January 30, 2008               Respectfully submitted,

3                                          MARIE M. MOFFAT
                                           LAWRENCE C. YEE
4                                          MARK TORRES-GIL
                                           DANIELLE LEE
5
                                       By:  /s/ Danielle Lee
6                                          Danielle Lee

7                                          Attorneys for Defendants the State Bar Of
                                           California, the State Bar Board of Governors,
8                                          State Bar Lawyers Assistance
                                           Program, and the State Bar Office
9                                          of the Chief Trial Counsel.

---

**3**

State Bar Defs' Notice of Motion and Motion to Dismiss                                    07-CV-02890

PROOF OF SERVICE BY MAIL

I, Kristin Ely, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On January 30, 2008, following ordinary business practice, I placed for collection for mailing at the offices of the State Bar of California, 180 Howard Street, San Francisco, California 94105, one copy of fully prepaid in an envelope addressed as follows:

Gregory Morris
*260092-0674243*
P. 0. Box *872*
Fresno, California *93712*

I am readily familiar with the State Bar of California's practice for collection and processing correspondence for mailing with the U.S. Postal Service and, in the ordinary course of business, the correspondence would be deposited with the U.S. postal mail service on the day on which it is collected at the business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 30th day of January 2008.

    s/Kristin Ely_____