MARIE M. MOFFAT (62167)
LAWRENCE C. YEE (84208)
MARK TORRES-GIL (91597)
DANIELLE A. LEE (223675)
**STATE BAR OF CALIFORNIA**
**OFFICE OF GENERAL COUNSEL**
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2339
Fax: (415) 538-2321
Email: danielle.lee@calbar.ca.gov

Attorneys for Defendants The State Bar
Of California, State Bar Board of Governors,
Lawyers Assistance Program

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| GREGORY A. MORRIS,<br><br>　　Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA, et al.<br><br>　　Defendants. | [PROPOSED] ORDER GRANTING STATE BAR DEFENDANTS' MOTION TO DISMISS COMPLAINT AGAINST STATE BAR DEFENDANTS<br><br>Case No. 3:07-cv-02890-EMC<br><br><br>Date:　March 12, 2008<br>Time:　10:30 _a.m.<br>Place:　Courtroom C, 15th Floor<br>Judge:　Hon. Mag. Edward M. Chen<br>_____ |

　　State Bar Defendants' Motion to Dismiss Gregory Morris' Complaint for lack of subject matter jurisdiction under Rule 12(b)(1) and for failure to state a claim under rule 12(b)(6) Federal Rule of Civil Procedure, came on regularly for hearing on March 12, 2008, in the above-entitled Court, before the Honorable Edward M. Chen, Magistrate Judge presiding.  Plaintiff Gregory Morris appeared in pro per.  Danielle A. Lee, Esq. of the Office of the General Counsel of the State Bar of California appeared on behalf of the State Bar of California, the State Board of Governors and the State Bar Lawyers Assistance Program.

The Court, having reviewed and considered the moving papers, and any opposing papers and reply papers filed thereto, and having heard oral argument, hereby Orders as follows:

IT IS ORDERED that the State Bar Defendants' Motion to Dismiss is GRANTED in its entirety. Plaintiff's Complaint is DISMISSED WITH PREJUDICE as to every claim asserted against the State Bar of California, the State Bar Board of Governors, and the State Bar Lawyers Assistance Program and judgment is to be entered in favor of the State Bar of California, the State Bar Board of Governors, and the State Bar Lawyers Assistance Program and against Plaintiff Gregory A. Morris. Specifically, the Court hereby dismisses with prejudice and without leave to amend each and every claim against the State Bar of California, the State Bar Board of Governors, and the State Bar Lawyers Assistance Program upon the following grounds:

1. Plaintiff's claims are jurisdictionally barred by the Eleventh Amendment;
2. Plaintiff's claims are jurisdictionally barred under the <u>Rooker Feldman</u> doctrine;
3. Plaintiff's claims are barred by res judicata and collateral estoppel;
4. State Bar Defendants are entitled to judicial immunity;
5. Plaintiff fails to state a claim for relief for violation of his due process rights or any other alleged federal deprivation;
6. Plaintiff fails to state a claim for relief under Title II of the ADA;
7. Plaintiff's requests for equitable relief are improper.

IT IS SO ORDERED.

Dated: _____    _____

                         HONORABLE EDWARD M. CHEN,
                         UNITED STATES DISTRICT COURT MAGISTRATE

PROOF OF SERVICE BY MAIL

I, Kristin Ely, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On January 30, 2008, following ordinary business practice, I placed for collection for mailing at the offices of the State Bar of California, 180 Howard Street, San Francisco, California 94105, one copy of fully prepaid in an envelope addressed as follows:

Gregory Morris
*260092-0674243*
P. 0. Box *872*
Fresno, California *93712*

I am readily familiar with the State Bar of California's practice for collection and processing correspondence for mailing with the U.S. Postal Service and, in the ordinary course of business, the correspondence would be deposited with the U.S. postal mail service on the day on which it is collected at the business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 30th day of January 2008.

    s/Kristin Ely_____