1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

                                                No. C

      Plaintiff(s),          **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
v.                                    **AND**
                                               **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

      Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: __1/30/2008_____          Signature__/s/Danielle Lee_____

                                                Counsel for _____
                                                (Plaintiff, Defendant, or indicate "pro se")
                                                 State Bar, State Bar Board of Governors,
                                                 Stat Bar Lawyers Assistance Program