**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                              415.522.2000

**February 4, 2008**

CASE NUMBER:  CV 07-02890 CRB
CASE TITLE:  GREGORY MORRIS-v-STATE BAR OF CA

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Phyllis J. Hamilton** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/4/08

                                                                          FOR THE EXECUTIVE COMMITTEE:

                                                                          _____*Richard W. Wieking*_____
                                                                                                              Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 2/4/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA