DENNIS A. MARSHALL, COUNTY COUNSEL
William F. Mar, Jr., Senior Deputy - SBN #116785
2220 Tulare Street, Fifth Floor
Fresno, California 93721
Telephone: (559) 488-3479
Facsimile: (559) 488-1900

Attorneys for Defendants FRESNO COUNTY DISTRICT
ATTORNEY'S OFFICE AND ELIZABETH EGAN

IN THE DISTRICT COURT OF THE UNITED STATES
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DISTRICT

| | |
|---|---|
| GREGORY MORRIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE BAR OF CALIFORNIA AT SAN FRANCISCO; SAFECO INSURANCE COMPANY; SAFECO INSURANCE COMPANY AMERICA; SAFECO INSURANCE COMPANY OF ILLINOIS; STATE BAR OF CALIFORNIA LAWYERS ASSISTANCE PROGRAM; BOARD OF GOVERNORS; CITY OF FRESNO; FRESNO FIRE DEPARTMENT; DON MACALPINE; ROBERT DRISCAL; CRAWFORD AND COMPANY; OPTION ONE MORTGAGE COMPANY; LONG BEACH MORTGAGE COMPANY; PREMIER TRUST DEED SERVICES COMPANY; FRESNO COUNTY DISTRICT ATTORNEY'S OFFICE; ELIZABETH EGAN; SAN FRANCISCO SAFECO LEGAL SERVICES COMPANY, and DOES 1 through 275, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: CV-07-02890 EMC<br><br>**DEFENDANTS FRESNO COUNTY DISTRICT ATTORNEY'S OFFICE AND ELIZABETH EGAN'S ANSWER TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

County Counsel
FRESNO, CA 93721

1   COMES NOW defendants FRESNO COUNTY, FRESNO COUNTY DISTRICT

2   ATTORNEY'S OFFICE AND ELIZABETH EGAN and answer the unverified Complaint for

3   Damages filed by Plaintiff GREGORY MORRIS (hereinafter referred to as "Plaintiff") as

4   follows:

5                              **JURISDICTION AND VENUE**

6       This action is a civil action over which the United States District Court for the Northern

7   District of California has original jurisdiction under 42 U.S.C. §1983 and is one which may be

8   removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it

9   arises under the Fourth, Fifth and Fourteenth Amendments of the United States Constitution.

10  Pursuant to the provisions of 28 U.S.C. § 1367(a), this Court has jurisdiction over the remaining

11  causes of action alleged in the Complaint under the doctrine of supplemental jurisdiction.

12                              **DEMAND FOR JURY TRIAL**

13      Defendants hereby demand a jury trial in this matter.

14                              **ANSWER TO COMPLAINT**

15      Paragraph 1:   It appears that this paragraph is a declaration that the complaint in

16  question seeks relief for various violations of Federal Statute and the United States Constitution

17  and based upon a reading of the complaint this paragraph is denied in that the complaint also

18  contains variously described causes of action for violation of state law; further, in so far as the

19  allegations are that this case is properly venued because "substantial events or

20  omissions…occurred in San Francisco, those allegations are generally and specifically denied.

21      Paragraph 3:   These answering defendants deny the allegations contained in this

22  paragraph.

23      Paragraph 4:   These answering defendants deny the allegations contained in this

24  paragraph.

25      Paragraph 5:   To the extent that this paragraph alleges that criminal charges which were

26  filed against him were dismissed, the paragraph is admitted; however, to the extent that the

27  paragraph alleges that the applicable statutes of limitations were tolled or that the plaintiff was

28  disabled, those allegations are generally and specifically denied. To the extent that the

1    allegations pertain to the State Bar of California, these defendants have insufficient information

2    upon which to admit or deny those allegations and therefore deny them.

3         Paragraph 2:   These answering defendants admit that jurisdiction is proper under 28

4    U.S.C. §1343, but deny that it is proper under 28 U.S.C. §1344, and otherwise admit the

5    allegations in this paragraph.

6         Paragraph 3:   "The State Bar…" to the extent that allegations are brought against the

7    State Bar of California, these answering defendants have insufficient information upon which to

8    admit or deny the allegations and, therefore, deny the allegations.

9         Paragraph 4:   These answering defendants admit the allegations contained in this

10   paragraph.

11        Paragraph 5:   These answering defendants admit the allegations contained in this

12   paragraph.

13        Paragraph 6:   These answering defendants have no information or belief sufficient to

14   answer these allegations and therefore deny generally and specifically.

15        Paragraph 7:   These answering defendants have no information or belief sufficient to

16   answer these allegations and therefore deny generally and specifically.

17        Paragraph 8:   These answering defendants have no information or belief sufficient to

18   answer these allegations and therefore deny generally and specifically.

19        Paragraph 9:   These answering defendants have no information or belief sufficient to

20   answer these allegations and therefore deny generally and specifically.

21        Paragraph 10: These answering defendants have no information or belief sufficient to

22   answer these allegations and therefore deny generally and specifically.

23        Paragraph 11: These answering defendants admit the allegations contained in this

24   paragraph.

25        Paragraph 12: These answering defendants have no information or belief sufficient to

26   answer these allegations and therefore deny generally and specifically.

27        Paragraph 13: These answering defendants have no information or belief sufficient to

28   answer these allegations and therefore deny generally and specifically.

1    Paragraph 6: "It is expected..." although the allegations in this paragraph are vague, to
2    the extent that it assumes that the plaintiff suffered any injury, those allegations are generally and
3    specifically denied.

4    Paragraph 7: These answering defendants have no information or belief sufficient to
5    answer these allegations and therefore deny generally and specifically.

6    Paragraph 8: These answering defendants deny the allegations contained in this
7    paragraph.

8    Paragraph 9: These answering defendants have no information or belief sufficient to
9    answer these allegations and therefore deny generally and specifically.

10    Paragraph 10: These answering defendants have no information or belief sufficient to
11    answer these allegations and therefore deny generally and specifically.

12    Paragraph 11: These answering defendants have no information or belief sufficient to
13    answer these allegations and therefore deny generally and specifically.

14    Paragraph 12: "Defendant, State Bar of California..." these answering defendants have
15    no information or belief sufficient to answer these allegations and therefore deny generally and
16    specifically.

17    Paragraph 13: "The Bar, Bob Driscal..." these answering defendants have no
18    information or belief sufficient to answer these allegations and therefore deny generally and
19    specifically.

20    Paragraph 14: These answering defendants deny the allegations contained in this
21    paragraph.

22    Paragraph 15: These answering defendants have no information or belief sufficient to
23    answer these allegations and therefore deny generally and specifically.

24    Paragraph 16: These answering defendants have no information or belief sufficient to
25    answer these allegations and therefore deny generally and specifically.

26    Paragraph 17: These answering defendants have no information or belief sufficient to
27    answer these allegations and therefore deny generally and specifically.

28

1    Paragraph 18: These answering defendants have no information or belief sufficient to
2    answer these allegations and therefore deny generally and specifically.

3    Paragraph 19: These answering defendants have no information or belief sufficient to
4    answer these allegations and therefore deny generally and specifically.

5    Paragraph 20: These answering defendants have no information or belief sufficient to
6    answer these allegations and therefore deny generally and specifically.

7    Paragraph 21: These answering defendants have no information or belief sufficient to
8    answer these allegations and therefore deny generally and specifically.

9    Paragraph 22: These answering defendants have no information or belief sufficient to
10    answer these allegations and therefore deny generally and specifically.

11    Paragraph 23: These answering defendants have no information or belief sufficient to
12    answer these allegations and therefore deny generally and specifically.

13    Paragraph 24: These answering defendants have no information or belief sufficient to
14    answer these allegations and therefore deny generally and specifically.

15    Paragraph 25: These answering defendants have no information or belief sufficient to
16    answer these allegations and therefore deny generally and specifically.

17    Paragraph 26: These answering defendants have no information or belief sufficient to
18    answer these allegations and therefore deny generally and specifically.

19    Paragraph 27: These answering defendants have no information or belief sufficient to
20    answer these allegations and therefore deny generally and specifically.

21    Paragraph 28: These answering defendants have no information or belief sufficient to
22    answer these allegations and therefore deny generally and specifically.

23    Paragraph 29: These answering defendants have no information or belief sufficient to
24    answer these allegations and therefore deny generally and specifically.

25    Paragraph 30: No paragraph is listed on these defendants complaint.

26    Paragraph 31: This paragraph is a statement of what the plaintiff believes his complaint
27    alleges and not an allegation which requires these defendants to respond with an admission or
28    denial.

County Counsel
FRESNO, CA 93721

1    Paragraph 32: These answering defendants have no information or belief sufficient to
2    answer these allegations and therefore deny generally and specifically.

3    Paragraph 33: These answering defendants have no information or belief sufficient to
4    answer these allegations and therefore deny generally and specifically.

5    Paragraph 34: These answering defendants have no information or belief sufficient to
6    answer these allegations and therefore deny generally and specifically.

7    Paragraph 35: These answering defendants have no information or belief sufficient to
8    answer these allegations and therefore deny generally and specifically.

9    Paragraph 36: These answering defendants have no information or belief sufficient to
10   answer these allegations and therefore deny generally and specifically.

11   Paragraph 37: To the extent that plaintiff incorporates allegations from his first cause of
12   action, these defendant hereby incorporate its responses to same.

13   Paragraph 38: These answering defendants have no information or belief sufficient to
14   answer these allegations and therefore deny generally and specifically.

15   Paragraph 39: These answering defendants have no information or belief sufficient to
16   answer these allegations and therefore deny generally and specifically.

17   Paragraph 40: These answering defendants have no information or belief sufficient to
18   answer these allegations and therefore deny generally and specifically.

19   Paragraph 41: These answering defendants have no information or belief sufficient to
20   answer these allegations and therefore deny generally and specifically.

21   Paragraph 42: "State Bar of California...." these answering defendants have no
22   information or belief sufficient to answer these allegations and therefore deny generally and
23   specifically.

24   Paragraph 43: These answering defendants have no information or belief sufficient to
25   answer these allegations and therefore deny generally and specifically.

26   Paragraph 44: These answering defendants have no information or belief sufficient to
27   answer these allegations and therefore deny generally and specifically.

28

County Counsel
FRESNO, CA 93721

1    Paragraph 45: These answering defendants have no information or belief sufficient to
2    answer these allegations and therefore deny generally and specifically.

3    Paragraph 46: These answering defendants have no information or belief sufficient to
4    answer these allegations and therefore deny generally and specifically.

5    Paragraph 47: These answering defendants have no information or belief sufficient to
6    answer these allegations and therefore deny generally and specifically.

7    Paragraph 48: These answering defendants have no information or belief sufficient to
8    answer these allegations and therefore deny generally and specifically.

9    Paragraph 49: These answering defendants have no information or belief sufficient to
10   answer these allegations and therefore deny generally and specifically.

11   Paragraph 50: These answering defendants have no information or belief sufficient to
12   answer these allegations and therefore deny generally and specifically.

13   Paragraph 51: These answering defendants have no information or belief sufficient to
14   answer these allegations and therefore deny generally and specifically.

15   Paragraph 52: These answering defendants have no information or belief sufficient to
16   answer these allegations and therefore deny generally and specifically.

17   Paragraph 53: These answering defendants have no information or belief sufficient to
18   answer these allegations and therefore deny generally and specifically.

19   Paragraph 54: These answering defendants have no information or belief sufficient to
20   answer these allegations and therefore deny generally and specifically.

21   Paragraph 54(A):    These answering defendants have no information or belief
22   sufficient to answer these allegations and therefore deny generally and specifically.

23   Paragraph 54(B):    These answering defendants have no information or belief
24   sufficient to answer these allegations and therefore deny generally and specifically.

25   Paragraph 54(C):    These answering defendants have no information or belief
26   sufficient to answer these allegations and therefore deny generally and specifically.

27   Paragraph 54(D):    These answering defendants have no information or belief
28   sufficient to answer these allegations and therefore deny generally and specifically.

County Counsel
FRESNO, CA 93721

1    Paragraph 54(E):    These answering defendants have no information or belief
2  sufficient to answer these allegations and therefore deny generally and specifically.

3    Paragraph 54(F):    These answering defendants have no information or belief
4  sufficient to answer these allegations and therefore deny generally and specifically.

5    Paragraph 54(G):    These answering defendants have no information or belief
6  sufficient to answer these allegations and therefore deny generally and specifically.

7    Paragraph 54(H):    These answering defendants have no information or belief
8  sufficient to answer these allegations and therefore deny generally and specifically.

9    Paragraph 54(I):    These answering defendants have no information or belief
10  sufficient to answer these allegations and therefore deny generally and specifically.

11    Paragraph 54(J):    These answering defendants have no information or belief
12  sufficient to answer these allegations and therefore deny generally and specifically.

13    Paragraph 54(K):    These answering defendants have no information or belief
14  sufficient to answer these allegations and therefore deny generally and specifically.

15    Paragraph 54(L):    These answering defendants have no information or belief
16  sufficient to answer these allegations and therefore deny generally and specifically.

17    Paragraph 55: These answering defendants have no information or belief sufficient to
18  answer these allegations and therefore deny generally and specifically.

19    Paragraph 56: These answering defendants have no information or belief sufficient to
20  answer these allegations and therefore deny generally and specifically.

21    Paragraph 57: These answering defendants have no information or belief sufficient to
22  answer these allegations and therefore deny generally and specifically.

23    Paragraph 58: These answering defendants have no information or belief sufficient to
24  answer these allegations and therefore deny generally and specifically.

25    Paragraph 59: These answering defendants have no information or belief sufficient to
26  answer these allegations and therefore deny generally and specifically.

27    Paragraph 60: These answering defendants have no information or belief sufficient to
28  answer these allegations and therefore deny generally and specifically.

County Counsel
FRESNO, CA 93721

1    Paragraph 61: These answering defendants have no information or belief sufficient to
2    answer these allegations and therefore deny generally and specifically.

3    Paragraph 62: These answering defendants have no information or belief sufficient to
4    answer these allegations and therefore deny generally and specifically.

5    Paragraph 63: These answering defendants have no information or belief sufficient to
6    answer these allegations and therefore deny generally and specifically.

7    Paragraph 64: These answering defendants have no information or belief sufficient to
8    answer these allegations and therefore deny generally and specifically.

9    Paragraph 64(A):    These answering defendants have no information or belief
10   sufficient to answer these allegations and therefore deny generally and specifically.

11   Paragraph 64(B):    These answering defendants have no information or belief
12   sufficient to answer these allegations and therefore deny generally and specifically.

13   Paragraph 64(C):    These answering defendants have no information or belief
14   sufficient to answer these allegations and therefore deny generally and specifically.

15   Paragraph 64(D):    These answering defendants have no information or belief
16   sufficient to answer these allegations and therefore deny generally and specifically.

17   Paragraph 64(E):    These answering defendants have no information or belief
18   sufficient to answer these allegations and therefore deny generally and specifically.

19   Paragraph 65: These answering defendants have no information or belief sufficient to
20   answer these allegations and therefore deny generally and specifically.

21   Paragraph 66: These answering defendants have no information or belief sufficient to
22   answer these allegations and therefore deny generally and specifically.

23   Paragraph 67: These answering defendants have no information or belief sufficient to
24   answer these allegations and therefore deny generally and specifically.

25   Paragraph 68: These answering defendants have no information or belief sufficient to
26   answer these allegations and therefore deny generally and specifically.

27   Paragraph 69: These answering defendants have no information or belief sufficient to
28   answer these allegations and therefore deny generally and specifically.

County Counsel
FRESNO, CA 93721

1    Paragraph 70: These answering defendants have no information or belief sufficient to
2 answer these allegations and therefore deny generally and specifically.

3    Paragraph 71: These answering defendants have no information or belief sufficient to
4 answer these allegations and therefore deny generally and specifically.

5    Paragraph 71(A):    These answering defendants have no information or belief
6 sufficient to answer these allegations and therefore deny generally and specifically.

7    Paragraph 71(B):    These answering defendants have no information or belief
8 sufficient to answer these allegations and therefore deny generally and specifically.

9    Paragraph 71(C):    These answering defendants have no information or belief
10 sufficient to answer these allegations and therefore deny generally and specifically.

11    Paragraph 71(D):    These answering defendants have no information or belief
12 sufficient to answer these allegations and therefore deny generally and specifically.

13    Paragraph 71(E):    These answering defendants have no information or belief
14 sufficient to answer these allegations and therefore deny generally and specifically.

15    Paragraph 72: These answering defendants have no information or belief sufficient to
16 answer these allegations and therefore deny generally and specifically.

17    Paragraph 73: These answering defendants have no information or belief sufficient to
18 answer these allegations and therefore deny generally and specifically.

19    Paragraph 74: These answering defendants have no information or belief sufficient to
20 answer these allegations and therefore deny generally and specifically.

21    Paragraph 74(1):    These answering defendants have no information or belief
22 sufficient to answer these allegations and therefore deny generally and specifically.

23    Paragraph 74(2):    These answering defendants have no information or belief
24 sufficient to answer these allegations and therefore deny generally and specifically.

25    Paragraph 74(3):    These answering defendants have no information or belief
26 sufficient to answer these allegations and therefore deny generally and specifically.

27    Paragraph 74(4):    These answering defendants have no information or belief
28 sufficient to answer these allegations and therefore deny generally and specifically.

County Counsel
FRESNO, CA 93721

1    Paragraph 74(5):    These answering defendants have no information or belief
2    sufficient to answer these allegations and therefore deny generally and specifically.

3    Paragraph 74(6):    These answering defendants have no information or belief
4    sufficient to answer these allegations and therefore deny generally and specifically.

5    Paragraph 74(7):    These answering defendants have no information or belief
6    sufficient to answer these allegations and therefore deny generally and specifically.

7    Paragraph 74(8):    These answering defendants have no information or belief
8    sufficient to answer these allegations and therefore deny generally and specifically.

9    Paragraph 74(9):    These answering defendants have no information or belief
10    sufficient to answer these allegations and therefore deny generally and specifically.

11    Paragraph 74(10):    These answering defendants have no information or belief
12    sufficient to answer these allegations and therefore deny generally and specifically.

13    Paragraph 74(11):    These answering defendants have no information or belief
14    sufficient to answer these allegations and therefore deny generally and specifically.

15    Paragraph 74(12):    These answering defendants have no information or belief
16    sufficient to answer these allegations and therefore deny generally and specifically.

17    Paragraph 74(13):    These answering defendants have no information or belief
18    sufficient to answer these allegations and therefore deny generally and specifically.

19    Paragraph 89: These answering defendants deny the allegations contained in this
20    paragraph.

21    Paragraph 90:  These answering defendants have no information or belief sufficient to
22    answer these allegations and therefore deny generally and specifically.

23    Paragraph 91: "The fire was investigated…" these defendants admit that the fire in
24    question was investigated by the DA defendants but these answering defendants have no
25    information or belief sufficient to answer these allegations as they apply to the others named in
26    the paragraph and therefore deny generally and specifically.

27    Paragraph 91: "At the time of each…" these defendants admits that the fire in question
28    was investigated by the DA defendants but these answering defendants have no information or

County Counsel
FRESNO, CA 93721

1  belief sufficient to answer these allegations as they apply to the others named in the paragraph

2  and therefore deny generally and specifically.

3      Paragraph 92: These answering defendants deny the allegations contained in this

4  paragraph.

5      Paragraph 93: These answering defendants deny the allegations contained in this

6  paragraph.

7      Paragraph 94: These answering defendants deny the allegations contained in this

8  paragraph.

9      Paragraph 95: These answering defendants deny the allegations contained in this

10  paragraph.

11      Paragraph 96: These answering defendants deny the allegations contained in this

12  paragraph.

13      Paragraph 97: These answering defendants deny the allegations contained in this

14  paragraph.

15      Paragraph 98: These answering defendants deny the allegations contained in this

16  paragraph.

17      Paragraph 98(a):    These answering defendants have no information or belief

18  sufficient to answer these allegations and therefore deny generally and specifically.

19      Paragraph 98(b):    These answering defendants have no information or belief

20  sufficient to answer the allegations and therefore deny generally and specifically.

21      Paragraph 98(c):    These answering defendants have no information or belief

22  sufficient to answer the allegations and therefore deny generally and specifically.

23      Paragraph 98(d):    These answering defendants have no information or belief

24  sufficient to answer these allegations and therefore deny generally and specifically.

25      Paragraph 98(e):    These answering defendants have no information or belief

26  sufficient to answer these allegations and therefore deny generally and specifically.

27      Paragraph 99(f):    These answering defendants deny the allegations contained in this

28  paragraph.

1    Paragraph 99(g):    These answering defendants deny the allegations contained in this
2    paragraph.

3    Paragraph 99:    These answering defendants deny the allegations contained in this
4    paragraph.

5    Paragraph 100(A):    These answering defendants deny the allegations contained in this
6    paragraph.

7    Paragraph 100(B):    These answering defendants deny the allegations contained in this
8    paragraph.

9    Paragraph 100(C):    These answering defendants deny the allegations contained in this
10   paragraph.

11   Paragraph 100(D):    These answering defendants deny the allegations contained in this
12   paragraph.

13   Paragraph 100(E):    These answering defendants deny the allegations contained in this
14   paragraph.

15   Paragraph 100(F):    These answering defendants deny the allegations contained in this
16   paragraph.

17   Paragraph 101:    These answering defendants deny the allegations contained in this
18   paragraph.

19   Paragraph 102:    These answering defendants deny the allegations contained in this
20   paragraph.

21   Paragraph 103:    These answering defendants deny the allegations contained in this
22   paragraph.

23   Paragraph 104:    These answering defendants deny the allegations contained in this
24   paragraph.

25   Paragraph 105:    These answering defendants deny the allegations contained in this
26   paragraph.

27   Paragraph 106:    These answering defendants deny the allegations contained in this
28   paragraph.

County Counsel
FRESNO, CA 93721

1    Paragraph 107:        These answering defendants deny the allegations contained in this
2    paragraph.

3    Paragraph 108:        These answering defendants deny the allegations contained in this
4    paragraph.

5    Paragraph 109:        These answering defendants deny the allegations contained in this
6    paragraph.

7    Paragraph 110:        These answering defendants deny the allegations contained in this
8    paragraph.

9    Paragraph 111:        These answering defendants deny the allegations contained in this
10   paragraph.

11   Paragraph 112:        These answering defendants deny the allegations contained in this
12   paragraph.

13   Paragraph 113:        These answering defendants deny the allegations contained in this
14   paragraph.

15   Paragraph 114:        To the extent that the plaintiff incorporates "material allegations,"
16   these responding parties incorporate its responses to same.

17   Paragraph 115:        These answering defendants have no information or belief
18   sufficient to answer these allegations and therefore deny generally and specifically.

19   Paragraph 116:        It is admitted by these defendants that the DA defendants were
20   acting within color of state law while conducting their investigation of the fire in question,
21   however, these answering defendants has no information or belief sufficient to answer these
22   allegations on the behalf of the others who are named in this paragraph and therefore deny
23   generally and specifically.

24   Paragraph 117:        These answering defendants have no information or belief
25   sufficient to answer these allegations and therefore deny generally and specifically.

26   Paragraph 118:        These answering defendants deny the allegations contained in this
27   paragraph.

28

1    Paragraph 119:          These answering defendants deny the allegations contained in this

2    paragraph.

3    Paragraph 120:          These answering defendants deny the allegations contained in this

4    paragraph.

5    Paragraph 121:          These answering defendants deny the allegations contained in this

6    paragraph.

7    Paragraph 122:          These answering defendants have no information or belief

8    sufficient to answer these allegations and therefore deny generally and specifically.

9    Paragraph 123:          These answering defendants have no information or belief

10   sufficient to answer these allegations and therefore deny generally and specifically.

11   Paragraph 124:          These answering defendants have no information or belief

12   sufficient to answer these allegations and therefore deny generally and specifically.

13   Paragraph 125:          These answering defendants have no information or belief

14   sufficient to answer these allegations and therefore deny generally and specifically.

15   Paragraph 126:          These answering defendants have no information or belief

16   sufficient to answer these allegations and therefore deny generally and specifically.

17   Paragraph 127:          These answering defendants have no information or belief

18   sufficient to answer these allegations and therefore deny generally and specifically.

19   Paragraph128:          These answering defendants have no information or belief

20   sufficient to answer these allegations and therefore deny generally and specifically.

21   Paragraph 129:          These answering defendants have no information or belief

22   sufficient to answer these allegations and therefore deny generally and specifically.

23   Paragraph 130:          These answering defendants have no information or belief

24   sufficient to answer these allegations and therefore deny generally and specifically.

25   Paragraph 129:          "Each of the defendants is the agent..." these answering

26   defendants deny the allegations contained in this paragraph.

27   Paragraph 130:          "Each of the defendants intended..." these answering defendants

28   deny the allegations contained in this paragraph.

County Counsel
FRESNO, CA 93721

1    Paragraph 130(A):    "Post traumatic…" these answering defendants deny the
2  allegations contained in this paragraph.

3    Paragraph 130(B):    "The acts of defendants…" these answering defendants deny the
4  allegations contained in this paragraph.

5    Paragraph 130(C):    "Stress and mental…" these answering defendants deny the
6  allegations contained in this paragraph.

7    Paragraph 131(a):    These answering defendants have no information or belief
8  sufficient to answer these allegations and therefore deny generally and specifically.

9    Paragraph 131(B):    These answering defendants have no information or belief
10  sufficient to answer these allegations and therefore deny generally and specifically.

11    Paragraph 131(C):    These answering defendants have no information or belief
12  sufficient to answer these allegations and therefore deny generally and specifically.

13    Paragraph 131(D):    These answering defendants have no information or belief
14  sufficient to answer these allegations and therefore deny generally and specifically.

15    Paragraph 131(E):    These answering defendants have no information or belief
16  sufficient to answer these allegations and therefore deny generally and specifically.

17    Paragraph 131(F):    These answering defendants have no information or belief
18  sufficient to answer these allegations and therefore deny generally and specifically.

19    Paragraph 131(G):    These answering defendants have no information or belief
20  sufficient to answer these allegations and therefore deny generally and specifically.

21    Paragraph 131(H):    These answering defendants have no information or belief
22  sufficient to answer these allegations and therefore deny generally and specifically.

23    Paragraph 131(H):    These answering defendants have no information or belief
24  sufficient to answer these allegations and therefore deny generally and specifically.

25    Paragraph 131(I):    These answering defendants have no information or belief
26  sufficient to answer these allegations and therefore deny generally and specifically.

27    Paragraph 131(J):    These answering defendants have no information or belief
28  sufficient to answer these allegations and therefore deny generally and specifically.

1      Paragraph 131(K):    These answering defendants have no information or belief
2  sufficient to answer these allegations and therefore deny generally and specifically.

3      Paragraph 131(L):    These answering defendants have no information or belief
4  sufficient to answer these allegations and therefore deny generally and specifically.

5      Paragraph 131(M):    These answering defendants deny the allegations contained in this
6  paragraph.

7      Paragraph 132:    These answering defendants deny the allegations contained in this
8  paragraph.

9      Paragraph 133:    These answering defendants deny the allegations contained in this
10  paragraph.

11      Paragraph 134:    To the extent that plaintiff incorporates the allegations in the
12  Eighth Cause of Action, these defendants incorporate their responses thereto. To the extent that
13  plaintiff alleges that he is entitled to a recovery the allegations are denied.

14      Paragraph 135:    These answering defendants admit the allegations contained in this
15  paragraph.

16      Paragraph 136:    These answering defendants deny the allegations contained in this
17  paragraph.

18      Paragraph 137:    These answering defendants deny the allegations contained in this
19  paragraph.

20      Paragraph 138:    These answering defendants deny the allegations contained in this
21  paragraph.

22      Paragraph 139:    These answering defendants deny the allegations contained in this
23  paragraph.

24      Paragraph 140(A):    These answering defendants deny the allegations contained in this
25  paragraph.

26      Paragraph 140(B):    These answering defendants deny the allegations contained in this
27  paragraph.

28

1       Paragraph 140(C):    These answering defendants deny the allegations contained in this

2 paragraph.

3       Paragraph 140(D):    These answering defendants have no information or belief

4 sufficient to answer these allegations and therefore deny generally and specifically.

5       Paragraph 140(E):    These answering defendants deny the allegations contained in this

6 paragraph.

7       Paragraph 140(F):    These answering defendants deny the allegations contained in this

8 paragraph.

9       Paragraph 141:    These answering defendants have no information or belief

10 sufficient to answer these allegations and therefore deny generally and specifically.

11       Paragraph 142:    These answering defendants have no information or belief

12 sufficient to answer these allegations and therefore deny generally and specifically.

13       Paragraph 143:    These answering defendants have no information or belief

14 sufficient to answer these allegations and therefore deny generally and specifically.

15       Paragraph 143(A):    These answering defendants have no information or belief

16 sufficient to answer these allegations and therefore deny generally and specifically.

17       Paragraph 143(B):    These answering defendants have no information or belief

18 sufficient to answer these allegations and therefore deny generally and specifically.

19       Paragraph 143(C):    These answering defendants have no information or belief

20 sufficient to answer these allegations and therefore deny generally and specifically.

21       Paragraph 143(D):    These answering defendants have no information or belief

22 sufficient to answer these allegations and therefore deny generally and specifically.

23       Paragraph 143(E):    These answering defendants have no information or belief

24 sufficient to answer these allegations and therefore deny generally and specifically.

25       Paragraph 143(F):    These answering defendants have no information or belief

26 sufficient to answer these allegations and therefore deny generally and specifically.

27       Paragraph 143(G):    These answering defendants have no information or belief

28 sufficient to answer these allegations and therefore deny generally and specifically.

1   Paragraph 143(H):    These answering defendants have no information or belief

2   sufficient to answer these allegations and therefore deny generally and specifically.

3   Paragraph 143(I):    These answering defendants have no information or belief

4   sufficient to answer these allegations and therefore deny generally and specifically.

5   Paragraph 144:    These answering defendants deny the allegations contained in this

6   paragraph.

7   Paragraph 145:    These answering defendants deny the allegations contained in this

8   paragraph.

9   Paragraph 146:    These answering defendants deny the allegations contained in this

10  paragraph.

11  Paragraph 147:    These answering defendants have no information or belief

12  sufficient to answer these allegations and therefore deny generally and specifically.

13  Paragraph 147(A):    These answering defendants have no information or belief

14  sufficient to answer these allegations and therefore deny generally and specifically.

15  Paragraph 147(B):    These answering defendants have no information or belief

16  sufficient to answer these allegations and therefore deny generally and specifically.

17  Paragraph 147(C):    These answering defendants have no information or belief

18  sufficient to answer these allegations and therefore deny generally and specifically.

19  Paragraph 147(D):    These answering defendants have no information or belief

20  sufficient to answer these allegations and therefore deny generally and specifically.

21  Paragraph 148:    These answering defendants have no information or belief

22  sufficient to answer these allegations and therefore deny generally and specifically.

23  Paragraph 149:    These answering defendants have no information or belief

24  sufficient to answer these allegations and therefore deny generally and specifically.

25  Paragraph 150:    These answering defendants have no information or belief

26  sufficient to answer these allegations and therefore deny generally and specifically.

27  Paragraph 150(a):    These answering defendants have no information or belief

28  sufficient to answer these allegations and therefore deny generally and specifically.

County Counsel
FRESNO, CA 93721

1      Paragraph 150(b):     These answering defendants have no information or belief

2  sufficient to answer these allegations and therefore deny generally and specifically.

3      Paragraph 197:     These answering defendants have no information or belief

4  sufficient to answer these allegations and therefore deny generally and specifically.

5      Paragraph 198:     These answering defendants have no information or belief

6  sufficient to answer these allegations and therefore deny generally and specifically.

7      Paragraph 199:     These answering defendants have no information or belief

8  sufficient to answer these allegations and therefore deny generally and specifically.

9      Paragraph 199(A):     These answering defendants have no information or belief

10  sufficient to answer these allegations and therefore deny generally and specifically.

11      Paragraph 199(B):     These answering defendants have no information or belief

12  sufficient to answer these allegations and therefore deny generally and specifically.

13      Paragraph 199(C):     These answering defendants have no information or belief

14  sufficient to answer these allegations and therefore deny generally and specifically.

15      Paragraph 199(D):     These answering defendants have no information or belief

16  sufficient to answer these allegations and therefore deny generally and specifically.

17      Paragraph 199(E):     These answering defendants have no information or belief

18  sufficient to answer these allegations and therefore deny generally and specifically.

19      Paragraph 199(F):     These answering defendants have no information or belief

20  sufficient to answer these allegations and therefore deny generally and specifically.

21      Paragraph 199(G):     These answering defendants have no information or belief

22  sufficient to answer these allegations and therefore deny generally and specifically.

23      Paragraph 199(H):     These answering defendants have no information or belief

24  sufficient to answer these allegations and therefore deny generally and specifically.

25      Paragraph 199(I):     These answering defendants have no information or belief

26  sufficient to answer these allegations and therefore deny generally and specifically.

27      Paragraph 199(J):     These answering defendants have no information or belief

28  sufficient to answer these allegations and therefore deny generally and specifically.

County Counsel
FRESNO, CA 93721

1      Paragraph 199(K):    These answering defendants have no information or belief

2  sufficient to answer these allegations and therefore deny generally and specifically.

3      Paragraph 199(L):    These answering defendants have no information or belief

4  sufficient to answer these allegations and therefore deny generally and specifically.

5      Paragraph 200:    These answering defendants have no information or belief

6  sufficient to answer these allegations and therefore deny generally and specifically.

7      Paragraph 201:    These answering defendants have no information or belief

8  sufficient to answer these allegations and therefore deny generally and specifically.

9      Paragraph 202:    These answering defendants have no information or belief

10  sufficient to answer these allegations and therefore deny generally and specifically.

11      Paragraph 203:    These answering defendants have no information or belief

12  sufficient to answer these allegations and therefore deny generally and specifically.

13      Paragraph 204:    These answering defendants deny the allegations contained in this

14  paragraph.

15      Paragraph 204(A):    These answering defendants have no information or belief

16  sufficient to answer these allegations and therefore deny generally and specifically.

17      Paragraph 204(B):    These answering defendants have no information or belief

18  sufficient to answer these allegations and therefore deny generally and specifically.

19      Paragraph 204(C):    These answering defendants deny the allegations contained in this

20  paragraph.

21      Paragraph 204(D):    These answering defendants deny the allegations contained in this

22  paragraph.

23      Paragraph 204(E):    These answering defendants deny the allegations contained in this

24  paragraph.

25      Paragraph 204(F):    These answering defendants deny the allegations contained in this

26  paragraph.

27      Paragraph 204(G):    These answering defendants have no information or belief

28  sufficient to answer these allegations and therefore deny generally and specifically.

1       Paragraph 204(H):    These answering defendants deny the allegations contained in this
2 paragraph.

3       Paragraph 205:    The allegations to the effect that the criminal charges were
4 dismissed are admitted, all other allegations contained in the paragraph are denied generally and
5 specifically.

6       Paragraph 206:    These answering defendants deny the allegations contained in this
7 paragraph.

8       Paragraph 207:    These answering defendants deny the allegations contained in this
9 paragraph.

10       Paragraph 208:    To the extent that plaintiff incorporates the various allegations
11 contained in the Tenth Cause of Action, these responding parties incorporate their responses
12 thereto.

13       Paragraph 209:    These answering defendants have no information or belief
14 sufficient to answer these allegations and therefore deny generally and specifically.

15       Paragraph 207:    "At the time of the investigation…" these answering defendants
16 deny the allegations contained in this paragraph.

17       Paragraph 208:    "He also convinced…" these answering defendants have no
18 information or belief sufficient to answer these allegations and therefore deny generally and
19 specifically.

20       Paragraph 209:    "Plaintiff, knowing he did…" these answering defendants have no
21 information or belief sufficient to answer these allegations and therefore deny generally and
22 specifically.

23       Paragraph 210:    These answering defendants deny the allegations contained in this
24 paragraph.

25       Paragraph 211:    These answering defendants have no information or belief
26 sufficient to answer these allegations and therefore deny generally and specifically.

27       Paragraph 212:    These answering defendants have no information or belief
28 sufficient to answer these allegations and therefore deny generally and specifically.

County Counsel
FRESNO, CA 93721

1        Paragraph 213:        These answering defendants deny the allegations contained in this
2  paragraph.

3        Paragraph 214:        These answering defendants deny the allegations contained in this
4  paragraph.

5        Paragraph 214(A):     These answering defendants deny the allegations contained in this
6  paragraph.

7        Paragraph 214(B):     These answering defendants deny the allegations contained in this
8  paragraph.

9        Paragraph 214(C):     These answering defendants deny the allegations contained in this
10  paragraph.

11        Paragraph 214(D):     These answering defendants deny the allegations contained in this
12  paragraph.

13        Paragraph 214(E):     These answering defendants deny the allegations contained in this
14  paragraph.

15        Paragraph 214(F):     These answering defendants deny the allegations contained in this
16  paragraph.

17        Paragraph 214(G):     These answering defendants deny the allegations contained in this
18  paragraph.

19        Paragraph 214(H):     These answering defendants deny the allegations contained in this
20  paragraph.

21        Paragraph 214(I):     These answering defendants deny the allegations contained in this
22  paragraph.

23        Paragraph 215:        These answering defendants deny the allegations contained in this
24  paragraph.

25        Paragraph 216:        These answering defendants have no information or belief
26  sufficient to answer these allegations and therefore deny generally and specifically.

27        Paragraph 217:        These answering defendants have no information or belief
28  sufficient to answer these allegations and therefore deny generally and specifically.

1        Paragraph 218:    These answering defendants have no information or belief
2    sufficient to answer these allegations and therefore deny generally and specifically.

3        Paragraph 218(A):    These answering defendants have no information or belief
4    sufficient to answer these allegations and therefore deny generally and specifically.

5        Paragraph 218(B):    These answering defendants have no information or belief
6    sufficient to answer these allegations and therefore deny generally and specifically.

7        Paragraph 218(C):    These answering defendants have no information or belief
8    sufficient to answer these allegations and therefore deny generally and specifically.

9        Paragraph 218(D):    These answering defendants have no information or belief
10   sufficient to answer these allegations and therefore deny generally and specifically.

11       Paragraph 218(E):    These answering defendants have no information or belief
12   sufficient to answer these allegations and therefore deny generally and specifically.

13       Paragraph 218(F):    These answering defendants have no information or belief
14   sufficient to answer these allegations and therefore deny generally and specifically.

15       Paragraph 218(G):    These answering defendants have no information or belief
16   sufficient to answer these allegations and therefore deny generally and specifically.

17       Paragraph 218(H):    These answering defendants have no information or belief
18   sufficient to answer these allegations and therefore deny generally and specifically.

19       Paragraph 218(I):    These answering defendants have no information or belief
20   sufficient to answer these allegations and therefore deny generally and specifically.

21       Paragraph 218(J):    These answering defendants have no information or belief
22   sufficient to answer these allegations and therefore deny generally and specifically.

23       Paragraph 218(K):    These answering defendants have no information or belief
24   sufficient to answer these allegations and therefore deny generally and specifically.

25       Paragraph 219:    These answering defendants have no information or belief
26   sufficient to answer these allegations and therefore deny generally and specifically.

27       Paragraph 220:    These answering defendants have no information or belief
28   sufficient to answer these allegations and therefore deny generally and specifically.

1    Paragraph 221:    These answering defendants deny the allegations contained in this

2 paragraph.

3    Paragraph 122:    "The actions of defendants also…" These answering defendants

4 deny the allegations contained in this paragraph.

5    Paragraph 222:    These answering defendants deny the allegations contained in this

6 paragraph.

7    Paragraph 223:    These answering defendants deny the allegations contained in this

8 paragraph.

9    Paragraph 224:    These answering defendants have no information or belief

10 sufficient to answer these allegations and therefore deny generally and specifically.

11    Paragraph 225:    These answering defendants have no information or belief

12 sufficient to answer these allegations and therefore deny generally and specifically.

13    Paragraph 226:    These answering defendants have no information or belief

14 sufficient to answer these allegations and therefore deny generally and specifically.

15    Paragraph 227:    These answering defendants have no information or belief

16 sufficient to answer these allegations and therefore deny generally and specifically.

17    Paragraph 228:    These answering defendants deny the allegations contained in this

18 paragraph.

19    Paragraph 229:    These answering defendants deny the allegations contained in this

20 paragraph.

21    Paragraph 230:    These answering defendants have no information or belief

22 sufficient to answer these allegations and therefore deny generally and specifically.

23    Paragraph 231:    These answering defendants deny the allegations contained in this

24 paragraph.

25    Paragraph 231(A):    These answering defendants deny the allegations contained in this

26 paragraph.

27    Paragraph 231(B):    These answering defendants deny the allegations contained in this

28 paragraph.

County Counsel
FRESNO, CA 93721

1    Paragraph 231(C):    These answering defendants deny the allegations contained in this
2    paragraph.

3    Paragraph 231(D):    These answering defendants deny the allegations contained in this
4    paragraph.

5    Paragraph 231(E):    These answering defendants deny the allegations contained in this
6    paragraph.

7    Paragraph 232:    These answering defendants deny the allegations contained in this
8    paragraph.

9    Paragraph 233:    These answering defendants deny the allegations contained in this
10    paragraph.

11    Paragraph 234:    These answering defendants deny the allegations contained in this
12    paragraph.

13    Paragraph 235:    These answering defendants have no information or belief
14    sufficient to answer these allegations and therefore deny generally and specifically.

15    Paragraph 236:    These answering defendants have no information or belief
16    sufficient to answer these allegations and therefore deny generally and specifically.

17    Paragraph 237:    These answering defendants deny the allegations contained in this
18    paragraph.

19    Paragraph 238:    These answering defendants have no information or belief
20    sufficient to answer these allegations and therefore deny generally and specifically.

21    Paragraph 239:    These answering defendants have no information or belief
22    sufficient to answer these allegations and therefore deny generally and specifically.

23    Paragraph 240:    These answering defendants have no information or belief
24    sufficient to answer these allegations and therefore deny generally and specifically.

25    Paragraph 241:    These answering defendants deny the allegations contained in this
26    paragraph.

27    Paragraph 249:    These answering defendants have no information or belief
28    sufficient to answer these allegations and therefore deny generally and specifically.

1       Paragraph 250:     These answering defendants have no information or belief

2  sufficient to answer these allegations and therefore deny generally and specifically.

3       Paragraph 251:     These answering defendants have no information or belief

4  sufficient to answer these allegations and therefore deny generally and specifically.

5       Paragraph 252:     These answering defendants have no information or belief

6  sufficient to answer these allegations and therefore deny generally and specifically.

7       Paragraph 253:     These answering defendants have no information or belief

8  sufficient to answer these allegations and therefore deny generally and specifically.

9       Paragraph 254:     These answering defendants have no information or belief

10  sufficient to answer these allegations and therefore deny generally and specifically.

11       Paragraph 255:     These answering defendants have no information or belief

12  sufficient to answer these allegations and therefore deny generally and specifically.

13       Paragraph 256:     These answering defendants have no information or belief

14  sufficient to answer these allegations and therefore deny generally and specifically.

15       Paragraph 257:     These answering defendants have no information or belief

16  sufficient to answer these allegations and therefore deny generally and specifically.

17       Paragraph 259:     These answering defendants have no information or belief

18  sufficient to answer these allegations and therefore deny generally and specifically

19       Paragraph 260:     These answering defendants deny the allegations contained in this

20  paragraph.

21       Paragraph 270:     These answering defendants deny the allegations contained in this

22  paragraph.

23       Paragraph 271:     To the extent that plaintiff incorporates his allegations from the 8th,

24  14th, 15th and 17th causes of action, these answering defendants incorporate their responses

25  thereto.

26       Paragraph 272:     These answering defendants deny the allegations contained in this

27  paragraph.

28

County Counsel
FRESNO, CA 93721

1    Paragraph 273:    These answering defendants have no information or belief
2    sufficient to answer these allegations and therefore deny generally and specifically.

3    Paragraph 274:    To the extent that plaintiff incorporates his allegations from the 8th,
4    14th, 15th, 18th and 19th causes of action, these answering defendants incorporate their responses
5    thereto.

6    Paragraph 275:    These answering defendants have no information or belief
7    sufficient to answer these allegations and therefore deny generally and specifically.

8    Paragraph 276:    These answering defendants have no information or belief
9    sufficient to answer these allegations and therefore deny generally and specifically.

10    Paragraph 277:    To the extent that plaintiff incorporates allegations in any other
11    cause of action, these answering defendants incorporate their responses to each of the allegations
12    contained within the cause of action.

13    Paragraph 279:    These answering defendants have no information or belief
14    sufficient to answer these allegations and therefore deny generally and specifically.

15    Paragraph 280:    These answering defendants have no information or belief
16    sufficient to answer these allegations and therefore deny generally and specifically.

17    Paragraph 281:    These answering defendants have no information or belief
18    sufficient to answer these allegations and therefore deny generally and specifically.

19    Paragraph 282:    These answering defendants have no information or belief
20    sufficient to answer these allegations and therefore deny generally and specifically.

21    Paragraph 283:    These answering defendants have no information or belief
22    sufficient to answer these allegations and therefore deny generally and specifically.

23    Paragraph 284:    These answering defendants have no information or belief
24    sufficient to answer these allegations and therefore deny generally and specifically.

25    Paragraph 285:    These answering defendants have no information or belief
26    sufficient to answer these allegations and therefore deny generally and specifically.

27    Paragraph 285(A):    These answering defendants have no information or belief
28    sufficient to answer these allegations and therefore deny generally and specifically.

1   Paragraph 285(B):    These answering defendants have no information or belief
2   sufficient to answer these allegations and therefore deny generally and specifically.

3   Paragraph 285(C):    These answering defendants have no information or belief
4   sufficient to answer these allegations and therefore deny generally and specifically.

5   Paragraph 285(D):    These answering defendants have no information or belief
6   sufficient to answer these allegations and therefore deny generally and specifically.

7   Paragraph 285(E):    These answering defendants have no information or belief
8   sufficient to answer these allegations and therefore deny generally and specifically.

9   Paragraph 286:    These answering defendants deny the allegations contained in this
10  paragraph.

11  Paragraph 287:    These answering defendants deny the allegations contained in this
12  paragraph.

13  FURTHER, AS AND FOR AFFIRMATIVE DEFENSES, THESE DEFENDANTS
14  HEREBY RAISE:

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

As a separate and affirmative defense to Plaintiff's Complaint and to each purported cause of action contained therein, these answering defendants allege that Plaintiff fails to state facts sufficient to constitute a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Statute of Limitations)

As a separate and affirmative defense to Plaintiff's Complaint and to each purported cause of action contained therein, these answering defendants allege that Plaintiff=s Complaint is time-barred pursuant to California Government Code §945.6, California Civil Procedure Code §342 and California Code of Civil Procedure § 335.1

### THIRD AFFIRMATIVE DEFENSE
### (Waiver, Estoppel, Consent and Unclean Hands)

As a separate and affirmative defense to Plaintiff's Complaint and to each

County Counsel
FRESNO, CA 93721

1    purported cause of action contained therein, these answering defendants allege that they are

2    barred by the doctrines of waiver, estoppel, consent, and/or unclean hands.

### FOURTH AFFIRMATIVE DEFENSE
### (Laches)

5            As a separate and affirmative defense to Plaintiff's Complaint and to each

6    purported cause of action contained therein, these answering defendants allege that they are

7    barred by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE
### (Plaintiff's Negligence or Fault)

10           As a separate and affirmative defense to Plaintiff's Complaint and to each

11   purported cause of action contained therein, these answering defendants allege that at all times

12   referred to in his Complaint, Plaintiff, and/or his agents, servants and employees, were negligent

13   and said negligence directly and proximately contributed to the happening of the accident and to

14   the injuries and damages, if any, sustained by Plaintiff.  That said negligence of Plaintiff, and/or

15   Plaintiff's agents, servants and employees, should be compared to the total negligence, if any, of

16   these answering defendants for the purpose of reducing any recovery by the Plaintiff.

### SIXTH AFFIRMATIVE DEFENSE
### (Third-Party Acts or Omissions)

18           As a separate and affirmative defense to Plaintiff's Complaint and to each

19   purported cause of action contained therein, these answering defendants allege that the matter

20   complained of in the Complaint and the causes of action therein, were solely caused by the

21   actions or omissions of a third-party, or parties, other than these answering defendants.

### SEVENTH AFFIRMATIVE DEFENSE
### (Cal. Civ. Code § 1431.2)

25           As a separate and affirmative defense to Plaintiff's Complaint and to each

26   purported cause of action contained therein, these answering defendants allege that any non-

27   economic damages sustained by Plaintiff in this action were due to the fault of someone other

28   than these defendants and, under California Civil Code §1431.2, the Fair Responsibility Act of

1  1986, these defendants can only be held liable for those non-economic damages proportionately

2  caused by the fault of these defendants.

## EIGHTH AFFIRMATIVE DEFENSE
### (Government Tort Claims Act)

As a separate and affirmative defense to Plaintiff's Complaint and to each purported cause of action contained therein, these answering defendants allege that Plaintiff failed to comply with the Government Tort Claims statutes.

## NINTH AFFIRMATIVE DEFENSE
### (Mitigation of Damages)

As a separate and affirmative defense to Plaintiff's Complaint and to each purported cause of action contained therein, these answering defendants allege that Plaintiff failed to mitigate Plaintiff's damages.

## TENTH AFFIRMATIVE DEFENSE
### (Collateral Source Payments)

As a separate and affirmative defense to Plaintiff's Complaint and to each purported cause of action contained therein, these answering defendants allege that they are entitled pursuant to California Government Code §984 et seq. to a reduction of a judgment entered against it, if any, for collateral source payments paid or obligated to be paid for services or benefits that were provided to Plaintiff prior to the commencement of trial.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Reasonable Defense Costs)

As a separate and affirmative defense to Plaintiff's Complaint and to each purported cause of action contained therein, these answering defendants allege that they are entitled to all reasonable and necessary defense costs normally awarded to the prevailing party, in that Plaintiff brought this proceeding without reasonable cause and without good faith belief that there was a justifiable controversy under the facts and law which warranted the filing of this Complaint under the California Tort Claims Act.

## TWELFTH AFFIRMATIVE DEFENSE
### (Exercise of Discretionary Authority – Cal. Gov. Code §820.2)

County Counsel
FRESNO, CA 93721

1    As a separate and affirmative defense to Plaintiff's Complaint and to each

2    purported cause of action contained therein, these answering defendants allege that any and all

3    acts of these defendants and their agents and employees, which allegedly caused the injury were

4    the result of the exercise of discretionary authority vested in them.  Therefore, these answering

5    defendants are not liable to the Plaintiff for Plaintiff's damages, if any, pursuant to the provisions

6    of Government Code §820.2.

### THIRTEENTH AFFIRMATIVE DEFENSE
#### (Cal. Gov. Code § 820.8)

7

8

9    As a separate and affirmative defense to Plaintiff's Complaint and to each

10   purported cause of action contained therein, these defendants allege that the Complaint is barred

11   against these defendants pursuant to Government Code §820.8 in that a public employee is not

12   liable for an injury caused by the act or omission of another person.

### FOURTEENTH AFFIRMATIVE DEFENSE
#### (Acts Reasonable - Cal. Gov. Code § 835.4)

13

14

15   As a separate and affirmative defense to Plaintiff's Complaint and to each

16   purported cause of action contained therein, these answering defendants allege that the acts of

17   these answering defendants allege were reasonable within the meaning of Government Code

18   §835.4 and these answering defendants allege are therefore immune from liability.

### FIFTEENTH AFFIRMATIVE DEFENSE
#### (FRCP 21)

19

20

21   As a separate and affirmative defense to Plaintiff's Complaint and to each

22   purported cause of action contained therein, these answering defendants allege that the plaintiff

23   improperly joined various defendants and as a result the confusion these defendants will be

24   severely prejudiced to the point where severance is appropriate under Federal Rules of Civil

25   Procedure Rule 21.

### SIXTEENTH AFFIRMATIVE DEFENSE
#### (28 USC 1391, 28 USC 1404)

26

27   As a separate and affirmative defense to Plaintiff's Complaint and to each

28   purported cause of action contained therein, these answering defendants allege that the proper

County Counsel
FRESNO, CA 93721

1   venue for the actions against the these answering defendants allege is the Eastern District in that

2   the Eastern District contains the property which is the subject matter that gives rise to the

3   plaintiff's alleged injury and damages; the District in which the witnesses are located;  where a

4   substantial part of the events took; and, where the majority of the defendants do business or

5   reside.

### SEVENTEENTH AFFIRMATIVE DEFENSE
#### (California Government Code 815)

To the extent that plaintiff claims that these defendants are negligent, they are immune under Government Code § 815 which sets forth that a public entity is immune from liability except those created by statute.

### EITHTEENTH AFFIRMATIVE DEFENSE
#### (California Government Code § 815.2)

To the extent that an employee of these defendants are immune from liability, these defendants are likewise immune under Government Code § 815.2.

### NINTEENTH AFFIRMATIVE DEFENSE
#### (California Government Code § 820.4)

At all times herein mentioned, all employees of these defendants acted with due care in the enforcement of laws and are therefore, immune under Government Code § 820.4.

### TWENTIETH AFFIRMATIVE DEFENSE
#### (California Government Code § 821.6)

At all times herein mentioned employees of these defendants were initiating or prosecuting a judicial or administrative proceeding and were within the scope of their employment and are therefore immune under provisions of Government Code § 821.6.

### TWENTY-FIRST AFFIRMATIVE DEFENSE
#### (California Government Code § 821.8)

At all times herein mentioned employees of these defendants who entered upon property did so either with expressed or implied authority of the law and therefore are immune under Government Code § 821.8.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

County Counsel
FRESNO, CA 93721

**(Qualified Immunity)**

At all times herein mentioned employees of these defendants acted with the reasonable belief that their acts complied with all applicable statutes, laws and codes thereby making them immune from liability.

<u>**TWENTY-THIRD AFFIRMATIVE DEFENSE**</u>
**(Good Faith Immunity)**

At all times herein mentioned the defendants conducted themselves with the good faith belief that they did so with a reasonable belief that there conduct complied with all applicable statutes, laws and codes thereby making them immune from liability.

<u>**TWENTY-FOURTH AFFIRMATIVE DEFENSE**</u>
**(Prosecutorial Immunity)**

At all times herein mentioned these defendants were and are protected by absolute prosecutorial immunity.

**WHEREFORE**, these defendants pray as follows:

1.    That Plaintiff takes nothing by reason of Plaintiff's Complaint;

2.    For judgment in favor of these defendants and against Plaintiff;

3.    For all attorneys' fees;

4.    For costs of suit; and

5.    For such other and further relief as the court deems just and proper.

DATED: February 26, 2008               Respectfully submitted,

DENNIS A. MARSHALL
County Counsel

By: _____
    WILLIAM F. MAR, JR.
    Senior Deputy County Counsel

Attorneys for Defendants
FRESNO COUNTY, FRESNO COUNTY
DISTRICT ATTORNEY'S OFFICE, AND
ELIZABETH EGAN

**PROOF OF SERVICE**

*MORRIS v. STATE BAR OF CALIFORNIA et al.*
**San Francisco District Court No. 07-02890 EMC**

I, URSULA BUFE, declare as follows:

 I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  I am employed at the Fresno County Counsel's Office, 2220 Tulare Street, Fifth Floor, Fresno, California, 93721.

 On February 26 , 2008, I served a copy of the within document

**DEFENDANTS FRESNO COUNTY DISTRICT
ATTORNEY'S OFFICE, AND ELIZABETH EGAN'S ANSWER TO
COMPLAINT AND DEMAND FOR JURY TRIAL**

on the interested party(ies) in said action addressed as follows:

| | |
|---|---|
| **Gregory Morris**<br>**P. O. Box 872**<br>**Fresno, CA  93712** | Plaintiff In Pro Per<br><br>**Via U.S. Mail** |
| **Gregory Morris**<br>**909 Geary Street, #519**<br>**San Francisco, CA  94109** | Plaintiff In Pro Per<br><br>**Via U.S. Mail** |
| **Danielle Adoracion Lee**<br>**State Bar of California**<br>**180 Howard Street, 8th Floor**<br>**San Francisco, CA 94066** | Counsel for State Bar of California<br>and Board of Governors<br><br>**Via Electronic Filing** |
| **Gregory Lee Myers**<br>**City Attorney's Office**<br>**2600 Fresno Street**<br>**Fresno, CA 93721** | Counsel for City of Fresno, Fresno<br>Fire Department and Don McAlpine<br><br>**Via Electronic Filing** |

[X] by placing the document(s) listed above for mailing in the United States mail at Fresno, California, in accordance with my employer's ordinary practice for collection and processing of mail, and addressed as set forth above.

[ ] by transmitting via facsimile the above listed document(s) to the fax number(s) set forth above on this date before 5:00 p.m. pacific standard time.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth above.

1

2

3

X     via electronic filing. The above party/ies is/are registered with the United States District
Court to receive notice by the Court of electronically filed documents. Per ECF rules,
hard copies must be served only on parties who are not set up for electronic notification.

4

5

☐     by placing the document(s) listed above in a sealed envelope, and placing the same for
overnight delivery by California Overnight at Fresno, California.

6

7

I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

8

9     Executed on February 26 , 2008, at Fresno, California.

10

11                    *Ursula Bufe*
                   URSULA BUFE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNTY OF FRESNO
Fresno, California