Gregory Morris
1432993-0674243
P. O. Box 872
Frenso, California  93712

02/15/08

Office of General Counsel
180 Howard Street
San Francisco, California  94105

ATTENTION: Danielle Lee

REGARDING: Gregory Morris v State Bar of California, Motion to Dismiss. Case # C 07-2890 PJH

Dear Bar Counsel:

I am in reciept of your Motion to Dismiss. I am currently incarcerated fighting charges, in the Fresno County Jail. Given the limited resources available to me at the jail, it would be impossible for me to respond to your Motion to Dismiss, while I am incarcerated.

At this point, I feel it would be best to continue your Motion, until after my trial in Fresno. It is anticipated that my cases in Frenso will be over by June, 2008. I will need some time to research and prepare the opposition, even after I am released from County Jail.

If it is acceptable to you, can we continue your Motion to sometime in late August or early September, 2008 pursuant to Local Rule 7-7?

Thank you for your anticipated cooperation and courtesy in this matter.

Very truly yours,

Greg Morris
Gregory Morris

P. S./ Any date after August of 2008, is fine with me.

C.C. Honorable Judge Phyllis Hamilton

FILED

FEB 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

FEB 2  2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gregory Morris
1432493-067423

**COUNTY OF FRESNO**
RETURN SERVICE REQUESTED
P.O. BOX 872
FRESNO, CALIFORNIA 93712

**LEGAL MAIL ONLY**

Honorable Judge Phyllis Hamilton
Federal District Court for the
Northern District of California
450 Golden Gate Ave
San Francisco, Ca. 94102



PRESORTED
FIRST CLASS

neopost

049J82039595
Mailed From 93721
02/21/2008
$00.360
US POSTAGE