Gregory Morris
1432993-0674243
P. O. Box 872
Fresno, California 93712

FEB 27 PH 1:30

UNITED STATES DISTRICT COURT IN AND FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MORRIS,<br>      Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA, et al.,<br>      Defendants. | CASE NO.: C-07-02890<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE THE HEARING ON DEFENDANT STATE BAR OF CALIFORNIA'S, MOTION TO DISMISS. |

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the defendant State Bar of California's Motion to Dismiss is continued to the ___ day of _____, 2008, in department 3 of the above Court, at 9:00 AM.

Plaintiff's Opposition papers are due on ____, ____, 2008 and any Reply by defendant State Bar, shall be filed on or before _____. ____, 2008. IT IS SO ORDERED.

Dated:_____          _____
                                   JUDGE OF THE DISTRICT COURT