MARIE M. MOFFAT (62167)
LAWRENCE C. YEE (84208)
MARK TORRES-GIL (91597)
DANIELLE A. LEE (223675)
**STATE BAR OF CALIFORNIA**
**OFFICE OF GENERAL COUNSEL**
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2339
Fax: (415) 538-2321
Email: danielle.lee@calbar.ca.gov

Attorneys for Defendants The State Bar
Of California, State Bar Board of Governors,
Lawyers Assistance Program

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

GREGORY A. MORRIS,

    Plaintiff,

v.

STATE BAR OF CALIFORNIA, et al.

    Defendants.

**Declaration of Danielle Lee in Support of State Bar Defendants' Objection and Opposition to Plaintiff's Motion For Continuance of Hearing on Defendant State Bar of California's Motion to Dismiss**

Case No. 3:07-cv-02890-PJH

Date: March 5, 2008
Time: 9:00 a.m.
Place: Courtroom 3, 17th Floor
Judge: Hon. Phyllis J. Hamilton

**Declaration Under Oath**

I, Danielle Lee, declare and say as follows:

1. All statements made herein are based on my personal knowledge, except for those stated to be under information and belief. If called to testify regarding the contents of the statements made herein, I could and would testify competently.

2. I, Danielle Lee, am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am employed as Assistant General Counsel in the Office

1

Lee Decl. in Support of State Bar Defs'
Obj. and Opp. to Morris Cont. Mot.

07-CV-02890 PJH

1  of the General Counsel of the State Bar of California, counsel of record for Defendants State Bar
2  of California, State Bar Board of Governors, and State Bar Lawyers Assistance Program.
3      3. I received Plaintiff Morris' Continuance Motion on February 26, 2008 by mail.
4      4. As this case continues, I will be responsible for State Bar Defendants' defense, including
5  producing, propounding and responding to discovery, conducting and defending deposition,
6  drafting and finalizing court filings. While litigation defense is part of my routine course of
7  employment, I must forego time spent on my other assignments to devote time to this case to
8  handle the above-enumerated tasks. If discovery and other litigation related tasks become too
9  time consuming, my office may have to hire an outside firm, at additional cost.
10     5. Attached as Exhibit A is a true and correct copy of an inmate information sheet from the
11 Fresno County Jail that I printed out – both as a single screen shot and each frame separately –
12 on February 27, 2008 after entering "Morris" and "Gregory" in the inmate information. On
13 information and belief, the information belongs to Gregory Morris, the plaintiff in this lawsuit.
14     I declare under penalty of perjury under the laws of the State of California that the foregoing
15 is true and correct.

Executed on February 28, 2008, at San Francisco, California.

                                    /s/ Danielle Lee
                                    DANIELLE LEE

Lee Decl. in Support of State Bar Defs'
Obj. and Opp. to Morris Cont. Mot.                                                07-CV-02890 PJH

Exhibit A



Home | Administration | Contact Us | Detectives | Inmate Info | Photos | Questions | Sheriff | Specialty Teams

- Areas
- Bureaus
- Civil
- Community
- Cyber Crimes
- Detectives
- Employment
- FAQs
- Forms
- Foundation
- Graffiti
- Reporting
- History
- Jail
- Links
- Megan's Law
- Patrol
- Photos
- Press Release
- Sheriff

# GENERAL INFORMATION

Person ID: 1432993    BookingNo: 0674243    Name: MORRIS, GREGORY ARTHUR    Date Of Birth: 11/27/1953

Sex: MALE    Race: WHITE    Age: 54    Hair: BLOND    Eyes: BLU    Height: 5' 10"    Weight: 170

Click here to register for notification on any changes to this offender's custody status.

# ARREST

Arrest Date: 08/04/2006    Book Date: 08/05/2006    Arresting Agency: FPD    Agency Case #: 060696661

Arrest Time: 22:30    Book Time: 09:17    Housing Facility: NJ    Floor: 03

# Charges

| Charges | Description | Bail Amount | Authority | Case No | Level | Court | BailOut | Sentence Date | Sentence Days | Release Date |
|---|---|---|---|---|---|---|---|---|---|---|
| VC23152A | DUI ALCOHOL DRUGS | 25,000.00 | BWART | T059039520AD | Misdemeanor | | Y | | | |
| HS11377A | POSSESS CONTROL SUBSTANCE | 45,000.00 | OPEN | F06906005 | Felony | | Y | | | |
| PC487 | GRAND | | | | | | | | | |

Information on Inmate Page

# GENERAL INFORMATION

Person ID: 1432993    BookingNo: 0674243    Name: MORRIS, GREGORY ARTHUR    Date Of Birth: 11/27/1953
Sex: MALE    Race: WHITE    Age: 54    Hair: BLOND    Eyes: BLU    Height: 5' 10"    Weight: 170

Click here to register for notification on any changes to this offender's custody status.

## A R R E S T

Arrest Date: 08/04/2006    Book Date: 08/05/2006    Arresting Agency: FPD
Arrest Time: 22:30    Book Time: 09:17    Housing Facility: NJ    Floor: 03    Agency Case #: 060696661

## C h a r g e s

| Charges | Description | Bail Amount | Authority | Case No | Level | Court | BailOut | Sentence Date | Sentence Days | Release Date |
|---|---|---|---|---|---|---|---|---|---|---|
| VC23152A | DUI ALCOHOL DRUGS | 25,000.00 | BWART | T059039520AD | Misdemeanor | | Y | | | |
| HS11377A | POSSESS CONTROL SUBSTANCE | 45,000.00 | OPEN | F06906005 | Felony | | Y | | | |
| PC487 | GRAND THEFT | 132,000.00 | WART | F069045329AA | Felony | | Y | | | |
| VC14601 1A | DRIVE SUSPEND REVOKE LIC | 25,000.00 | BWART | T059014697AC | Misdemeanor | | Y | | | |
| VC14601 1A | DRIVE SUSPEND REVOKE LIC | 25,000.00 | BWART | T059030750AC | Misdemeanor | | Y | | | |

## H O L D S
No Holds data

[Back to Search]

Footer -- Fresno County Sheriff's Department

2280 Fresno Street, Fresno California 93721-9050 Area-code

http://www.fresnosheriff.org/Footer.htm

2/27/2008

Page 1 of 1

Fresno County Sheriff's Department

http://www.fresnosheriff.org/Masthead.htm

FRESNO COUNTY SHERIFF'S DEPARTMENT

Home  Administration  Contact Us  Detectives  Inmate Info  Photos  Questions  Sheriff  Specialty Teams

Page 1 of 1

2/27/2008

Fresno County Sheriff's Department

- **Areas**
- **Bureaus**
- **Civil**
- **Community**
- **Cyber Crimes**
- **Detectives**
- **Employment**
- **FAQs**
- **Forms**
- **Foundation**
- **Graffiti**
- **Reporting**
- **History**
- **Jail**
- **Links**
- **Megan's Law**
- **Patrol**
- **Photos**
- **Press Release**
- **Sheriff**

**Proof of Service By Mail**

I, JoAnn Wray, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On February 28, 2008, following ordinary business practice, I placed

**State Bar Defendants' Objection and Opposition to Plaintiff's Motion for Continuance of Hearing on Defendant State Bar of California's Motion to Dismiss;**

**Declaration of Danielle Lee in Support of State Bar Defendants' Objection and Opposition to Plaintiff's Motion for Continuance Of Hearing on Defendant State Bar of California's Motion to Dismiss**

for collection for mailing at the offices of the State Bar of California, 180 Howard Street, San Francisco, California 94105, one copy of fully prepaid in an envelope addressed as follows:

Gregory Morris
*14432993-0674243*
P. O. Box *872*
Fresno, California *93712*

I am readily familiar with the State Bar of California's practice for collection and processing correspondence for mailing with the U.S. Postal Service and, in the ordinary course of business, the correspondence would be deposited with the U.S. postal mail service on the day on which it is collected at the business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 28th day of February 2008.

　　　　/s/JoAnn Wray____