Gregory Morris
1432993-0674243
P. O. Box 872
Fresno, California 93712

**RECEIVED**

MAR 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT IN AND FOR
THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY MORRIS, )
      Plaintiff, )
  )
  ) CASE NO.: C-07-02890
  )
v. ) ORDER GRANTING PLAINTIFF'S
  ) MOTION TO CONTINUE THE
  ) HEARING ON DEFENDANT STATE
  ) BAR OF CALIFORNIA'S, MOTION
  ) TO DISMISS.
STATE BAR OF CALIFORNIA, et al., )
      Defendants. )
_____)

    GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the defendant State Bar of California's Motion to Dismiss is continued to the ___ day of _____, 2008, in department 3 of the above Court, at 9:00 AM.

    Plaintiff's Opposition papers are due on ____, ____, 2008 and any Reply by defendant State Bar, shall be filed on or before _____. _____, 2008.

IT IS SO ORDERED.

Dated:_____     _____
                                   JUDGE OF THE DISTRICT COURT