Gregory Morris
1432993-0674243
P. O. Box 872
Fresno, California  93712

**FILED**

02/20/08

MAR 0 4 2008

Civil Law and Motion Clerk
Clerk of the District Court
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, California  94102-3438

RICHARD W. "
CLERK, U.S. DIST
NORTHERN DISTRIC

REFERENCE:  Motion to Continue hearing on Defendant State Bar's Motion to
            Dismiss from March 19, 2008 to a date after September 16, 2008.
            CASE NO.:  CV-02890-PJH

Dear Clerk:           07-

I have enclosed a Motion to Continue the hearing on the State Bar
of California's Motion to Dismiss.  Pursuant to the recorded message for
the Honorable Judge Hamilton's Chambers, I chose a wednesday at 9:00 AM,
prior to the current hearing date on the Bar's Motion to dismiss on March
19, 2008.

The date I chose was March 5, 2008, at 9:00 AM, in department 3.  I hope
this is a good date for my Motion to Continue.  I will not be able to be
present on this date, or any other date, prior to perhaps sometime in August, 2008.
This is because I am in the custody of the Fresno County Jail as a pretrial
detainee, fighting false charges related to the above referenced matter.

Could you perhaps send me a conformed filed copy of the Motion.  I am
disabled and insolvent.  I have no stamps and am proceeding pursuant to a
District Court fee waiver.

Thank you for your kind attention to this matter.

Very truly Yours,

Gregory Morris, pro. per.