Gregory Morris
1452493-0674243
P.O. Box 872
Fresno, Ca 93712

1. 03/25/08
2. Clerk of Court - Civil
3. U.S. District Court
4. 450 Golden Gate Blvd.
5. San Francisco, Ca. 94102
6.
7. Re: Gregory Morris v State Bar
8. Case # 707-2890 P.J.H.
9.
10. Dear Court Clerk:
11.
12. On monday, I mailed my
13. opposition to the court, to
14. the State Bar's motion
15. to dismiss.
16.
17. In fact, it was really
18. a request for leave to amend
19. my complaint.
20.
21. So, anyway, I forgot to
22. enclose the "proof of
23. service" with my oppositions
24. papers.
25.
26.
27. Enclosed is a copy of
28. the proof of service. Sorry!

RECEIVED APR - 2 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing FILED APR 0 2 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

I guess we forgot to attach it. If possible could you file this P.O.S. for me.

Thanks,
Drey Morris

Gregory Morris

Gregory Morris
432993-06742 43
**COUNTY OF FRESNO**
RETURN SERVICE REQUESTED
P.O. BOX 872
FRESNO, CALIFORNIA 93712

**LEGAL MAIL ONLY**

LMFTANM1  94102

Clerk of Court - Civil
U.S. District Court
450 Golden Gate Blvd.
San Francisco, Ca. 94102



PRESORTED
FIRST CLASS

neopost
$00.360
Mailed From 93721
03/31/2008
US POSTAGE