CV-07-2890 PJH

FILED
APR 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  PROOF OF SERVICE

2  I hereby declare that I am over the age of 18 years of age, a

3  resident of the State of California and not a party to the within

4  cause of action. That on this date I did cause a true and correct

5  copy of: Opposition of motion Dismiss

6  of State of Bar Defendant



7  to be served on the parties to the action by:

8  ☐ depositing same in the U.S. Mail with first class postage

9     prepaid and addressed as follows:

10  Office of General Council   Gregory Myers        Office of county
11  State Bar of California     1130 E. Shaw #200    council
12  180 Howard                  Fresno Ca. 93710     Hall of Record
                                                     Tulare st.
    San Francisco Ca. 94102                          Fresno Ca. 93721

13  ☐ delivering same in person to the address as follows and placing

14     into the control of the below listed party or representative:

18  ☐ by faxing said document to the following telephone number:

20  Executed this 24th day of March, 2008, under penalty of perjury

21  in Fresno, California.

                                        R. de Jesus
                                        _____
                                                Declarant
                                        Rizaldy de Jesus